Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR
 2              THE DISTRICT OF SOUTH DAKOTA
 3
 4     TERRI BRUCE,          )
 5         Plaintiff,        )
 6     vs.              ) No. 17-5080
 7     STATE OF SOUTH DAKOTA and  )
 8     LAURIE GILL, in her official)
 9     capacity as Commissioner of )
10     of the South Dakota Bureau  )
11     of Human Resources,     )
12         Defendants.       )
13
14         DEPOSITION OF DR. PAUL W. HRUZ, M.D., Ph.D.
15            TAKEN ON BEHALF OF THE PLAINTIFF
16                    JULY 16, 2018
17
18
19      (Starting time of the deposition: 8:49 a.m.)
20
21
22
23
24
25
```

Page 2

```
 1               I N D E X
 2                           PAGE
 3    QUESTIONS BY:
 4    Ms. Cooper                   5
 5
 6
 7            E X H I B I T S
 8
 9    EXHIBIT      DESCRIPTION             PAGE
10    Exhibit 1  Dr. Hruz Expert Declaration       40
11    Exhibit 2  Cross Sex Steroids Article        51
12    Exhibit 3  International Conference/Madrid Document  56
13    Exhibit 4  About The National Catholic Bioethics
14         Quarterly                  69
15    Exhibit 5  Declaration of Dr. Spack         84
16    Exhibit 6  Endocrine Treatment of Gender Dysphoria;
17         Clinical Practice Guideline     223
18    Exhibit 7  Expert Declaration of Dr. Paul Hruz
19         - Adams Case              262
20    Exhibit 8  National Catholic Certification Program
21         in Health Care Ethics       293
22    (Original exhibits retained by the court reporter to
23       be copied and attached to the transcript.)
24
25
```

Page 3

```
 1        IN THE UNITED STATES DISTRICT COURT FOR
 2              THE DISTRICT OF SOUTH DAKOTA
 3
 4     TERRI BRUCE,          )
 5         Plaintiff,        )
 6     vs.              ) No. 17-5080
 7     STATE OF SOUTH DAKOTA and  )
 8     LAURIE GILL, in her official)
 9     capacity as Commissioner of )
10     of the South Dakota Bureau  )
11     of Human Resources,      )
12         Defendants.       )
13
14
15         Deposition of DR. PAUL W. HRUZ, M.D.,
16    Ph.D., produced, sworn and examined on the 16th
17    Day of July, 2018 between the hours of 9:00 a.m.
18    and 5:00 p.m. at the offices of Alaris Litigation
19    Services, 711 N. 11th Street, in the City of St.
20    Louis, State of Missouri, before Rebecca Brewer,
21    Registered Professional Reporter, Certified
22    Realtime Reporter, Missouri Certified Shorthand
23    Reporter, and Notary Public within and for the
24    State of Missouri.
25
```

Page 4

```
 1              A P P E A R A N C E S
 2    FOR THE PLAINTIFF:
 3    Ms. Leslie Cooper
 4    Mr. Joshua A. Block
 5    American Civil Liberties Union Foundation
 6    125 Broad Street, 18th Floor
 7    New York, New York, 10004
 8    Lcooper@aclu.org
 9    Jblock@aclu.org
10
11    FOR THE DEFENDANT:
12    Mr. Jerry D. Johnson
13    Jerry Johnson Law Office
14    909 St. Joseph Street, Suite 800
15    Rapid City, South Dakota, 57701
16    Jdjbjck@aol.com
17
18
19
20
21    Ms. Rebecca Brewer, RPR, CCR, CRR
22    Alaris Litigation Services
23    711 North Eleventh Street
24    St. Louis, Missouri, 63101
25    (314) 644-2191
```

Page 13

1  A   Definitely, yes.
2  Q   Okay. And these are patients who you were
3  treating for other purposes; diabetes or other
4  conditions that came to your --
5  A   That is correct.
6  Q   I see. And so, when you've had a patient
7  for whom you were treating for diabetes, or some
8  other condition, indicate a desire to transition
9  gender, indicating gender dysphoria, what do you do?
10 A   I have not had a patient that has come to
11 me specifically in the care for, for example,
12 diabetes, that asks me to be involved in that aspect
13 of their care.
14 Q   So, you just -- can you say a little bit
15 about how you come to learn that they have a desire
16 to transition gender?
17 A   I would say that I don't have absolute
18 confidence that they have that problem. The only
19 expertise or the only knowledge I have is when they
20 subsequently are referred to the other component of
21 our practice that addresses that issue.
22 Q   Okay. Who refers them to that other part
23 of your practice that addresses that issue?
24 A   Most often they self refer to that.
25 Q   Have you referred any of the patients to

Page 14

1  the Transgender Center at Wash U?
2  A   I have not been asked to do so.
3  Q   So you have not?
4  A   That is correct.
5  Q   Have you -- so while you've come into
6  contact with a small number of patients with gender
7  dysphoria, you have not treated the gender
8  dysphoria, is that correct?
9  A   That is correct.
10 Q   Okay. And do I understand you
11 intentionally choose not to treat that condition?
12 A   That is correct.
13 Q   That's because you -- well, why don't you
14 tell me. Why do you intentionally choose not to
15 treat that condition?
16 A   Well, so, when I first was exposed to the
17 question about the program that is going on now, the
18 treatment of gender dysphoria, I was actually the
19 chief of our division of endocrinology and I was
20 charged with the task of actually looking at the
21 scientific evidence supporting the guidelines that
22 are being put forward and, as a physician scientist,
23 I did that in a rigorous manner and I concluded that
24 there was not enough evidence to support the
25 treatment that was being put forward, so, in my

Page 15

1  opinion, as far as best medical practices, it wasn't
2  in the best service of the patients that were coming
3  for treatment.
4  Q   But that was a particular form of
5  treatment, right, that you felt was not the best
6  practice, right?
7  A   I'm a pediatric endocrinologist and what a
8  pediatric endocrinologist is charged with doing is
9  giving hormones to patients.
10 Q   That was the type of treatment that you
11 felt was not appropriate practice?
12 A   That was the type of the treatment that I
13 did not find sound scientific evidence supporting
14 the beneficial outcomes for those patients, correct.
15 Q   Okay. So, I take it, given your field,
16 you have not had occasion to diagnose anyone with
17 gender dysphoria, is that right?
18 A   I have not been charged with that task,
19 no.
20 Q   So, you've never diagnosed anyone?
21 A   I have not intentionally diagnosed,
22 correct.
23 Q   Intentionally? Or, I mean,
24 unintentionally?
25 A   I've not gone through the DSM criteria

Page 16

1  with a checklist, which is done in the clinics, to
2  check off whether they fulfill the criteria that's
3  in the DSM-5, no.
4  Q   Okay. I just want to make sure I'm not
5  missing something. Did you, in some informal way,
6  diagnose people with gender dysphoria?
7  A   Again, in the context of not having a
8  doctor/patient relationship where I've been charged
9  with caring for that, I have interacted with numbers
10 of individuals that have -- one of the things that I
11 did very early on, when I was investigating this,
12 was to become familiar with the problem and that
13 involved being able to meet with parents and
14 individuals that had this particular condition. And
15 if I were to have gone through the DSM Manual and
16 listened to the stories that they were telling, they
17 would have certainly fulfilled that criteria, but,
18 again, it was not in a doctor/patient relationship,
19 it was merely in the context of trying to understand
20 what is going on with these children.
21 Q   I see. So you've met people that you
22 believe probably meet the criteria but you haven't
23 diagnosed any, is that a fair way to put it?
24 A   Correct. Again, it's the context of
25 when -- the interactions. And I'm certainly very

Page 25

1  clarify what you mean by formal education.
2      Q   Well, I'll ask broadly; any kind of
3  training of any sort that a doctor would get in the
4  course of, you know, either their initial medical
5  education or continuing education.
6      A   So, working at a major academic
7  institution, we're actually charged with providing
8  medical education and so, to the extent that we've
9  held journal clubs that we've had presentations with
10 my colleagues where we've discussed the scientific
11 evidence, where we've gone formally through the DSM
12 Guidelines, where we've gone through the Endocrine
13 Society Guidelines, that has been done at my
14 institution.  Have I sought out and gone to a
15 separate conference related to gender dysphoria?
16 The answer is no.
17     Q   But, at your own institution, you've
18 participated in these interactions, these journal
19 clubs and other activities that address gender
20 dysphoria and the treatment for gender dysphoria?
21     A   That is a standard -- that is one of the
22 components of what we do for all the conditions that
23 endocrinologists are engaged in.
24     Q   Okay.  Have you conducted any research
25 related to gender dysphoria or the treatment of

Page 26

1  gender dysphoria?
2      A   No formal trials, no.
3      Q   Any other research?
4      A   I've been in the area of HIV research for
5  20 years and conducted a number of scientific
6  studies that -- but not directly related to gender
7  dysphoria.
8      Q   Yeah, I'm sorry if I was unclear.  I
9  didn't -- I know you've done research, but in the
10 area of gender dysphoria, no research, is that
11 right?
12     A   I have not done any -- I'm not a clinical
13 trials physician scientist.  I'm a bench scientist.
14     Q   What does that mean?
15     A   I conduct laboratory research, so I'm
16 engaged in hypothesis-driven research.
17     Q   Okay.  So, talking about research broadly,
18 you haven't conducted any form of research relating
19 to gender dysphoria, is that right?
20     A   No, I have.  I would consider research in
21 looking at the extensive literature that's there is
22 research.  It's not a randomized controlled trial,
23 it's not a formal study, but that would fit within
24 the domain of research.
25     Q   You mean reviewing research that was

Page 27

1  published by other people?  Is that what you mean?
2      A   So, again, we can define research in many
3  different ways.  If you're asking the question about
4  research, about gathering information, about the
5  evidence that's available, I've done a considerable
6  amount of research and that has consisted of looking
7  at what published data is available supporting the
8  recommendations that are being made.  That I would
9  consider research, but it is not a clinical trial.
10     Q   Okay.  And what people might call studies,
11 scientific studies, have you done any scientific
12 studies?
13     A   Again, how you define studies, again, I
14 have not done clinical trials.
15     Q   Okay.  When you were deposed in the Adams
16 case, November, I believe it was, last year, you
17 mentioned you were in the process of responding to a
18 research funding announcement by the NIH to do
19 research related to gender dysphoria or gender
20 identity issues.  Did I get that right?
21     A   Yes.
22     Q   Can you tell me the status of that?
23     A   Yes.  There are a number of logistical
24 issues that are needing to be worked out.  There is
25 no funding for that particular study going on,

Page 28

1  recruiting the people that are going to be necessary
2  to conduct that study, again, I'm a pediatric
3  endocrinologist.  And to my knowledge, you know,
4  that hasn't moved much beyond the initial planning
5  stages.  The proposal itself was a suggestion to
6  address the question of -- a very particular
7  question of the effects of pubertal blockade on the
8  trajectory as far as the number of individuals that
9  went on to cross hormone therapy and those that did
10 not.
11     Q   So, did you ever submit a proposal to NIH
12 to do this research?
13     A   No.
14     Q   Okay.  Did you ever respond to the funding
15 announcement in any way?
16     A   Depends on how you say "respond."  I've
17 already said I did not submit a proposal.  I have
18 taken that to colleagues.  In fact, I've had very
19 recent discussions with my colleague at Washington
20 University that is interested in starting some sort
21 of research effort.  And I could speak at length of
22 what I've recommended to him as far as how these
23 studies should be conducted.  I've been very
24 disappointed that the rigor -- scientific rigor
25 that's necessary for those studies is not currently

Page 41

1  Q  Take a look.
2  A  Okay. It looks like what I put together,
3  yes.
4  Q  Okay. Now, if we turn to your CV, which
5  is attached.
6  A  It's not attached to this.
7  Q  Okay. Sorry.
8     MR. JOHNSON: I can help you on that, too.
9     MS. COOPER: Let's go off.
10    (Discussion off the record.)
11 Q  (By Ms. Cooper) All right. Let's try this
12 one last time. If you could turn to the CV attached
13 to your report. Got that? And I see there are
14 various publications listed.
15    MR. JOHNSON: Leslie, I hate to interrupt
16 you, maybe I have an incomplete copy, or maybe
17 it's double-sided. Hold on.
18    MS. COOPER: Is it missing --
19    MR. JOHNSON: I think we're all right.
20    MS. COOPER: Oh, okay. We're okay.
21 Q  (By Ms. Cooper) Does yours look okay,
22 Dr. Hruz?
23 A  I'm looking through all of it.
24    MR. JOHNSON: Okay. I apologize. It's
25 all there. Thank you.

Page 42

1  Q  (By Ms. Cooper) So, Doctor, my first
2  question for you, when you get to the publications
3  section towards the end of your CV, you have a
4  category called publications and then, a few pages
5  later, a category called invited publications. Can
6  you tell me, what's the difference between those two
7  categories to you?
8  A  Generally, I segregate out review articles
9  and those types of things from the general
10 publications that I have, which I've listed there.
11 So these are a separate category that were required.
12 It's a standard format that we have for our
13 university as far as designating review articles
14 versus clinical trials.
15 Q  So, the invited publications are the
16 review articles?
17 A  That's correct.
18 Q  And the other --
19 A  And it includes things where, for example,
20 most of this is -- the first 50 publications are
21 things that I submitted directly to the journals for
22 publication. The ones in invited publications are
23 when either it's a review article that I submit to a
24 journal or somebody asks me to contribute, for
25 example, I've got the commentary in there, that was

Page 43

1  somebody that called me up and said, Could you
2  comment on this clinical domain here? And it
3  varies. But I think it's just a way that we try to
4  distinguish from those.
5  Q  Okay. It doesn't have to do with peer
6  review, does it; the distinction between the two
7  categories?
8  A  Every paper here is always peer reviewed.
9  The extent of the peer reviews varies. Some of them
10 are peer reviewed by a number of investigators in
11 the field. They're sent out for comments. Some are
12 done at the editorial level. Depends on the nature
13 of the publication. All of them, actually, go
14 through for accuracy and content there to make sure
15 that it's -- can be substantiated, everything that
16 I've said there, so there's a level of review that
17 goes on to every single publication.
18 Q  Okay. And have you published any
19 peer-reviewed scientific articles on gender
20 dysphoria or transgender-related issues?
21 A  There's only two papers on this CV here
22 that relate to the area of gender dysphoria. One is
23 No. 11. And No. 13 on the invited publication list.
24 Q  And just for the record, the No. 11 is the
25 article called Growing Pains, Problems with Pubertal

Page 44

1  Suppression in Treating Gender Dysphoria, published
2  by The New Atlantis. And No. 13 is The Use of
3  cross-sex Steroids in Treating Gender Dysphoria,
4  published by The National Catholic Bioethics
5  Quarterly, is that correct?
6  A  That is correct.
7  Q  Thank you. And these are -- actually,
8  before I move on to talk about those, have you
9  submitted any articles on transgender issues or
10 gender dysphoria for publication that weren't
11 accepted by any journals?
12 A  No, I've never had one that was not
13 accepted. I'm in the process of writing a paper, as
14 we speak, on the issues of experimentation and the
15 parameters that are necessary for conducting trials
16 in this domain.
17 Q  Okay. You're in the process of writing
18 it, you said?
19 A  That's correct.
20 Q  So you haven't submitted it to anybody?
21 A  That's correct. It's due within the next
22 several months. I'm probably going to be late in
23 getting it, but --
24 Q  Was that an invited paper?
25 A  Yes.

Page 49

1  people in the field, but I think the editors that
2  were reviewing the factual information that was
3  present were not pediatric endocrinologists.
4       Q   So, well, I'd asked whether it was peer
5  reviewed.  So is it peer reviewed; The New Atlantis
6  article?
7       A   On that definition, it was not reviewed by
8  other pediatric endocrinologists, to my knowledge.
9       Q   That's the definition you understand to be
10 the definition in the field?
11      A   As we're discussing it currently, right
12 now, yes.
13      Q   Okay.  And The New Atlantis was founded by
14 The Ethics and Public Policy Center, is that right?
15      A   I believe that that is correct.
16      Q   Okay.  And that's a center dedicated to
17 applying the Judao-Christian moral tradition to
18 critical issues of public policy, is that your
19 understanding?
20      A   I believe that question came up at the
21 last deposition and I believe that that's an
22 accurate statement.
23      Q   And your co-authors of the Growing Pains
24 article are Lawrence Mayer and Paul McHugh, is that
25 right?

Page 50

1       A   That is correct.
2       Q   How did you come to meet them?
3       A   I believe I was approached -- again, this
4  is going back a couple years.  The editor of the
5  publication contacted me, asking me, within my realm
6  as a pediatric endocrinologist, if I would be
7  willing to discuss this particular question and we
8  had a meeting with the eventual co-authors where we
9  discussed the status of the science.  I think the
10 editor himself was aware of some of the concerns
11 that I had put forward in relation to the treatment
12 that was going on.  I am not fully aware of how that
13 came about, that he contacted me, but that is how
14 this particular publication came to be.  We had a
15 meeting to discuss our shared concerns about the
16 lack of scientific evidence that was out there in
17 this particular field, felt that there was a strong
18 need to be able to convey that and be able to set
19 forward some of the things that needed to be done at
20 the scientific level to enter this area of
21 intervention in line with other areas of medicine.
22      Q   Okay.  What year was this that you first
23 were contacted by the editor of the journal?
24      A   This was published in 2017, so I believe
25 it was near the end of 2016.

Page 51

1       Q   And who was the editor?
2       A   Adam Keiper.
3       Q   And how did he know of you?
4       A   You'd have to ask him.
5       Q   Okay.  Let's mark as Exhibit 2 the second
6  article that you mentioned; The Use of cross-sex
7  Steroids in the Treatment of Gender Dysphoria.
8           (Deposition Exhibit 2 marked.)
9       Q   Thank you.  Is that a copy of your article
10 that was Item No. 13 on your invited publication
11 list on your CV?
12      A   It certainly looks like it.
13      Q   And that was published in 2018?
14      A   That's correct.
15      Q   And it was published by The National
16 Catholic Bioethics Quarterly?  That's the full name
17 of the journal?
18      A   That's correct.
19      Q   Okay.  Is that a peer-reviewed, scientific
20 journal?
21      A   In the context of what we're talking
22 about, no.
23      Q   Okay.  Meaning it was not sent out for
24 external review by peers in your field?
25      A   That's correct.  And I talked to the

Page 52

1  editor about doing that and he indicated that he
2  was -- felt that it was of sufficient quality, after
3  looking through the data that was there, that he
4  made a decision not to do that.  I think in this
5  journal itself, I think that very frequently these
6  are sent out to peers and, again, what happened at
7  the editorial level, I'm -- I don't know all the
8  details of that.
9       Q   Okay.  We'll come back to that in a
10 minute.  I just have a few other questions first.
11 Have you given any presentations about gender
12 dysphoria or transgender people or related issues at
13 scientific or medical conferences or events?
14      A   I've certainly given them at medical grand
15 rounds in a variety of venues.  I think, from the
16 scientific standpoint, at national meetings, I've
17 not been invited to do so, at least to this point in
18 time.
19      Q   And where have you done medical grand
20 rounds on this topic?
21      A   I think I listed them on my CV.  Didn't I?
22 It was St. Louis University.  I'm going, actually,
23 next week to Texas Tech to give another talk.
24      Q   And that's on gender dysphoria?
25      A   Yes.

Page 65

1  court in any of these cases, is that right?
2  A  I've already said that I don't -- I never
3  testified at trial.
4  Q  Okay.  Do you consider yourself to be an
5  expert on treatment of gender dysphoria?
6  A  I would say that I probably have more
7  information about the scientific literature than
8  most of my colleagues in pediatric endocrinology
9  that I talk to across the country.
10  Q  Is that a yes?
11  A  Yes.
12  Q  Do you consider yourself to be an expert
13  on the treatment of gender dysphoria in adults?
14  A  To the extent that the literature that
15  I've reviewed addresses the issues involved in
16  adults, yes.
17  Q  And what makes you an expert on this
18  topic?
19  A  You know, people can define expertise in
20  many different ways.  I'm a physician scientist who
21  has participated in the review of clinical trials
22  for study sections.  I've been a reviewer for
23  journals.  I've looked at scientific evidence in
24  great detail in determining the veracity or the
25  deficiencies of scientific literature and because of

Page 66

1  my necessity of investigating the specifies of
2  gender dysphoria in my relation to my role as a
3  division chief, as I mentioner earlier, that I have
4  extensively read the literature and have detailed
5  knowledge of the quality of the science that's
6  present.  In that domain, I have expertise to be
7  able to speak in this matter.
8  Q  Let's go back to what we've marked as
9  Exhibit 2; The Use of cross-sex Steroids in the
10  Treatment of Gender Dysphoria.  I have some
11  questions about this.  You mentioned it was
12  published by The National Catholic -- sorry, The
13  National Catholic Bioethics Quarterly.  That's a
14  journal that integrates Christian faith and science,
15  is that right?
16  A  This is a journal that addresses areas of
17  medical ethics.  The context of this is that,
18  recognizing that much of the discussion that I was
19  being involved with required more formal education
20  in the area of bioethics prompted me to take a
21  formal course on bioethics.  This paper came out as
22  the final exam paper that I wrote.  Never intended
23  that I was going to publish it, but it was of the
24  quality that the editor felt very strongly that this
25  is something that needed to be published and I

Page 67

1  agreed to have it published.
2  Q  Why did you initially not intend to
3  publish it?
4  A  I just -- I hadn't written it for that
5  purpose.  I wrote it as the final exam for the
6  course.  It wasn't that I had no desire to publish
7  it.  It hadn't occurred to me that it would be
8  wanted to be published.
9  Q  I'm sorry if I missed this, when was this
10  course?
11  A  This was last year.
12  Q  Where did you take this course?
13  A  It was a correspondence course with two
14  separate meetings where I got to travel to Arizona
15  and Philadelphia, but most of it was online.
16  Q  What institution?
17  A  The National Catholic Bioethics Center.
18  Q  They teach -- they provide the coursework?
19  A  That's correct.  I actually looked at a
20  number of different ways to get this education that
21  would fit with my schedule, and for the questions
22  that I was asking, and this was the best option that
23  was available to allow me to get the expertise in
24  some of these ethical issues to help me in some of
25  the questions that I was still asking.

Page 68

1  Q  Okay.  So, The National Council -- The
2  National Catholic Bioethics Center did the course as
3  a correspondence course, but you had some in-person
4  portion of the training?
5  A  Two separate; one at the very beginning
6  and one at the very end, correct.
7  Q  You said one was Arizona and one was?
8  A  Philadelphia.
9  Q  Philadelphia.  Okay.  And were the other
10  students who were taking the course also present
11  during those meetings in Arizona and Philadelphia?
12  A  Yes.
13  Q  Okay.  Was Dr. Sutphin one of those
14  students?
15  A  I don't recall, no.
16  Q  Do you know Dr. Sutphin?
17  A  No.
18  Q  You've never met -- okay.  So, going back
19  to a question I asked before, I'm not sure I heard
20  an answer, The National Catholic Bioethics
21  Quarterly, I asked if it's a journal that integrates
22  Christian faith and science.  Is that your
23  understanding of the journal; that it does or
24  doesn't?
25  A  I think it's a journal that publishes

Page 93

1  that it was not -- not the driving decision-making
2  factor, being honest about -- to the extent that
3  they're not in contradiction and that that came up
4  in the topic of conversation, at the end of the day,
5  my recollection of this meeting was not that I
6  objected or that anyone in the room objected on the
7  basis of faith-based reasons. It was solely based
8  upon the objections from the lack of scientific
9  information.
10      Q   Okay. Can we turn to Page 665 of the same
11  article? Oh, thank you for reminding me. Let's
12  take a break. This is a fine breaking point.
13  Sorry.
14          (Break Taken.)
15      Q   Let's go back on. Returning to your
16  article, The Use of cross-sex Steroids in Gender
17  Dysphoria, Exhibit 2, if you can turn to Page 665.
18  And I'm going to read a passage that I have some
19  questions about, under the heading, Biological Sex
20  and Anthropology. Okay. If you'll read along with
21  me; Before exploring the medical aspects of cross
22  hormone administration, consideration of the basic
23  biology of human sexuality exposes a violent
24  distortion of fundamental anthropological principles
25  in the new gender mentality. Reproduction is the

Page 94

1  primary purpose of sex, not just in humans but also
2  across the entire animal kingdom. It is objectively
3  irrational to accommodate contrary thinking by
4  rejecting a male or female body that is fully
5  competent with respect to its innate reproductive
6  purpose. Cross sex hormones, by their very nature,
7  render an individual incapable of fulfilling the
8  intrinsic biological role of the human body as male
9  or female. Although potentially reversible after a
10  short-term administration, the effects of cross-sex
11  steroids on fertility are expected to be permanent
12  when treatment is started in children. The
13  readily-accepted view that reproductive capacity can
14  be disassociated from what it means to be male and
15  female, which has grown from the seeds of, quote,
16  biological mutiny, closed quote, that began with the
17  acceptance of contraception as a solution to
18  difficult social circumstances must be held to close
19  scrutiny in assessing the morality of cross-sex
20  steroid use. Okay. My first question: What do you
21  mean by it is objectively irrational to reject a
22  male or female body that is fully competent with
23  respect to its innate reproductive purpose?
24      A   Similar to what we've previously
25  discussed, I think to make the claim that male and

Page 95

1  female does not mean what male and female means is
2  an irrational statement. When you reject or try to
3  re-define what maleness is from a biological
4  standpoint, or femaleness is, that is the error that
5  is being made there.
6      Q   What do you mean by the term "biological
7  mutiny"?
8      A   I think it's a rejection of basic
9  biological facts. So the arguments that are put
10  forward from the ideological perspective and the
11  non-scientific realm, you know, the attempt that
12  I've made, many times, is to understand the logical
13  thinking that's involved, or I should say illogical
14  thinking that's involved in there, that were put
15  forward statements trying to conflate or distort
16  what we mean by sex. And including statements that
17  are made that gender is sex. It is -- the only
18  potential explanation that I've been able to come up
19  with is that that is based upon that rejection of
20  that fundamental understanding of what sex is.
21      Q   Is that a term you coined; biological
22  mutiny, or does it come from some other context?
23      A   You know, when I wrote that, it was put in
24  quotes because I remember hearing it somewhere. I
25  couldn't cite anybody in particular. That term

Page 96

1  seemed to ring a bell; as far as it's the rejection
2  of what's obviously true, from a scientific
3  biological perspective, and that's the basis that
4  allows one to put forward an ideology that -- that
5  basically says that you can define sex as any way
6  that you'd like.
7      Q   When did you first come to consider
8  transition-affirming treatment to be, quote,
9  biological mutiny?
10      A   I can't define a particular time that I
11  did this. I think, as I served as an expert witness
12  in earlier cases, was to the extent that I had seen
13  statements made by other so-called experts that were
14  starting to make these claims that reproductive
15  capacity had nothing to do with sex; that it could
16  be defined in all of these other ways that reached
17  the level that I would put in the strong term of
18  mutiny to be able to come to that conclusion. I
19  think it was probably in the context of my serving
20  as an expert witness in seeing other people putting
21  forward this ideology that began to seem so contrary
22  to what we understand from a scientific perspective.
23      Q   So you point to contraception as an
24  example of biological mutiny. Can you explain that?
25      A   So, the ability to separate out the

Page 173

1  contributing factors differ from one individual to
2  another, both in magnitude and actuality, that your
3  approach to treatment may differ based on that until
4  we have information about what those factors are and
5  how they respond, we're never going to get an
6  answer.
7      Q   So, for adults that have persisted and
8  they're well past puberty and maintain a
9  cross-gender identification, transgender
10 identification, I'm still trying to understand what
11 you consider appropriate interventions, if any, for
12 that population of patients.
13     A   I would say that we don't have the
14 definitive answer of what the therapy is and that
15 it's a topic of research, and any patient that is
16 enrolled in any intervention should be under the
17 auspices of an IRB with a carefully controlled trial
18 that's going to help allow us to get that
19 information.
20     Q   What's an IRB?
21     A   Institutional Review Board.
22     Q   So, sitting here now, you couldn't say the
23 appropriate treatment for adults with gender
24 dysphoria includes counseling to alleviate the -- or
25 to align the gender identity with the sex assigned

Page 174

1  at birth?
2      A   I think most professionals say it includes
3  that, but if that's the sole response or the extent
4  that hormone therapy, you know, is a part of that
5  therapy, the answer is not there.
6      Q   I'm going to ask it different because I'm
7  not sure I understood the answer there. Is it your
8  view that there's just no known intervention or
9  treatment that is effective to treat adults with
10 gender dysphoria at this point?
11     A   It gets back to how you define effective.
12 But there is no data that suggests the intended goal
13 of preventing suicide, long term, you know, the
14 interventions that we have right now, solves that
15 problem. If the trial had been done in a
16 randomized, controlled manner, you could look at
17 current interventions and say, What is the rate of
18 suicide in the group that received that intervention
19 versus those that didn't? That's what needs to be
20 there to answer that question. That data is not
21 there.
22     Q   Is there data on quality of life of people
23 who have had hormone therapy?
24     A   There is.
25     Q   What does that show?

Page 175

1      A   That is, again, looking at whether you're
2  looking at long term or short term. And the same
3  deficiencies, the same studies that report compared
4  to the background population, as far as quality of
5  life, that they still suffer from many of these
6  other morbidities. And to the extent that that's
7  put forward that that's social stress versus the
8  underlying difficulty that the person is
9  experiencing has not been rigorously studied in
10 science.
11     Q   So, at this point, given the information
12 that we have from research that's been done, your
13 view is we don't have scientific validation of --
14 that treatment through hormone therapy or surgeries
15 alleviates gender dysphoria in the long term, is
16 that right?
17     A   Yes.
18     Q   Okay. That being said, is it your view
19 that that's, therefore, an inappropriate treatment
20 to offer adults with gender dysphoria?
21     A   My opinion is that it's inappropriate to
22 present it as a definitive answer when we don't have
23 that answer and that if you're going to offer that
24 intervention, it needs to be known that this is
25 essentially experimental intervention.

Page 176

1      Q   Okay. So, the intervention that -- is
2  there any kind of intervention you think is
3  appropriate to offer adults with gender dysphoria?
4      A   I think it's very appropriate, that
5  includes everything that we've talked about here, to
6  study that in the scientific realm to see if it
7  actually provides the benefit we're looking at.
8      Q   But right now, before we have additional
9  studies that are not currently available to us, do
10 you think it's appropriate to offer patients with
11 gender dysphoria, who are adults, any particular
12 intervention or treatment?
13     A   Not any particular intervention. I
14 believe that would be -- they would be best served
15 by approaching this, and, again, what goes on in a
16 clinical trial versus what goes on in a
17 doctor/patient relationship and a patient in the
18 office are two different questions. The
19 stipulations of the Belmont Report state very
20 clearly there are many things that go on in a
21 doctor/patient relationship where we do therapies
22 that are not proven and the directive there is that
23 when engaging in a situation with a patient in your
24 office, that it is necessary to move beyond that to
25 get that general information.

Page 197

1  to happen.
2      Q   Okay. So, it's not, in your view, a
3  criteria, a proved requisite to recommending a
4  treatment, that it's been through randomized
5  controlled trials that compare the outcomes of the
6  treatment with other treatment modalities?
7      A   In all of medicine, we do many things that
8  don't have answers. That's why I'm in business as a
9  physician scientist; to answer questions to medical
10 problems that we don't have solutions to and we
11 don't sit back and do nothing on these individuals,
12 but we don't claim medical necessity for
13 interventions that have not been proven
14 definitively.
15     Q   So is your answer, yes, you don't limit
16 your treatment exclusively to treatments that have
17 been through randomized controlled trials comparing
18 outcomes of the treatments with other treatment
19 modalities?
20     A   Yes, that's true.
21     Q   And do you limit your treatments to those
22 that have been proven effective long term?
23     A   We -- the strength of the recommendation
24 depends on what I'm addressing and what are the
25 risks and benefits, both short term and long term.

Page 198

1      Q   So, have you recommended treatment for any
2  condition that has not been proven effective long
3  term?
4      A   I've recommended it, but I've not asserted
5  that it's medically necessary.
6      Q   Understood. Okay. And I understand
7  puberty blockers for treatment of precocious puberty
8  is a form of treatment that is used in your field,
9  is that right?
10     A   That's correct.
11     Q   And that's something you have recommended
12 for patients?
13     A   In treating precocious puberty, yes.
14     Q   Are there studies on long-term effects of
15 puberty blockers for treating precocious puberty?
16     A   It depends on how you define long term.
17 The goal, again, in that indication, we're looking
18 at preserving, achieving, normal adult stature and
19 then temporizing the pubertal changes until they
20 reach a developmental age where they're able to
21 manage that particular condition. There are
22 long-term studies going on looking at the effects of
23 that in bone mineral density. We've been doing this
24 for many more years. Does it reach out to the time
25 of somebody's natural death in their 80s or 90s?

Page 199

1      No. But there's long-term data that's been looked
2  at, and there's actually ongoing questions about the
3  effects of that particular intervention. And it's
4  also very important, when we're talking about that
5  as well, is that we're looking at intervening in a
6  developmental process that is happening due to a
7  pathologic condition, abnormally, rather than
8  intervening with a pubertal blockade in a normal
9  pubertal process that happens with all the signal
10 processes moving forward normally.
11     Q   Understood. So how -- when you say
12 there's been research on the long-term effects, how
13 far out into adulthood do those studies go?
14     A   The ones I've looked at probably go into
15 the 20s. Looking at -- so we're talking 10, 20,
16 maybe even 30 years. And, again, looking at what
17 the desired outcome is, the data that we have from
18 other conditions where you have exposure to sex
19 steroid hormones, you know, how that interferes,
20 we've had this question; how long do we continue
21 therapy when we start getting into the normal
22 adolescent years? And this is one area where I
23 think that there's pretty clear evidence that --
24 that bone mineral density is compromised when you
25 continue with this pubertal blockade beyond the time

Page 200

1  when normal puberty would occur.
2      Q   So, focusing on the patients with
3  precocious puberty that get puberty blockers as
4  treatment. I think you mentioned before there was
5  some questions -- I don't know if it was the safety
6  or efficacy, but have any problems been identified
7  in the research?
8      A   Again, this gets to the goal of therapy,
9  of preventing pubertal progression until an age of
10 normal puberty. Very well established that that is
11 effective. There are questions about how long to
12 continue therapy, when to initiate therapy. There's
13 evidence that suggests that if you start it too late
14 that you're not going to have a positive impact on
15 final adult height. There are questions that are
16 unanswered about whether height is actually a
17 necessary criteria. How are people harmed by being
18 short? Very questionable. And that's actually the
19 basis why insurance companies have rejected pubertal
20 blockade for patients where we can't demonstrate
21 that that desired outcome will have a long-term
22 effect. We have other areas as well where -- I'll
23 leave it at that.
24     Q   So, have there been any indications of
25 adverse health consequences for patients who had

Page 225

1  evidence that have, it looks like, two circles or
2  sometimes one circle?
3       MR. JOHNSON:  Just for the record, when
4   you say one circle or two circles, with or
5   without the plus sign?
6       MS. COOPER:  Marked with a plus sign.
7   When I say one or two circles --
8       MR. JOHNSON:  Can we try that again?
9       MS. COOPER:  Sure.
10      Q   (By Ms. Cooper) So a number of these
11  recommendations in the guidelines from the Endocrine
12  Society have, let's say, two filled-in circles,
13  right?  Some of them have one filled-in circle.
14  Now, is that -- that's what leads you to read this
15  as saying that it's relying on low-quality evidence,
16  right?
17      A   So, that is the objective measure that
18  they used in making the guidelines.  You can go back
19  to the actual grade system where that was reported
20  in that and, then, beyond that, I have not just
21  relied on the circles.  I've actually gone in and
22  looked at the actual studies that they're basing
23  their recommendations on and the reasons why they
24  get low and very low-quality evidence
25  recommendations.

Page 226

1       Q   Do you consider the Endocrine Society's
2   Clinical Practice Guidelines in other topics to be
3   more reliable or useful?
4       A   I approach all clinical practice
5   recommendations the same way; that looks at what is
6   being proposed, what is the quality of the evidence,
7   recognizing the benefits and the problems with
8   clinical practice guidelines.
9       Q   So that's in any topic?
10      A   On any topic.
11      Q   Okay.  Is it your view that the quality of
12  evidence, as reflected in the marked circles in the
13  Endocrine Society Guidelines on gender dysphoria,
14  are lower than the quality of evidence that they
15  have relied upon in other Endocrine Society
16  guidelines, practice guidelines?
17      A   It's -- it runs the gamut as far as
18  quality of evidence.  That's a broad statement.
19  There are some recommendations that have been made
20  with similar quality evidence, in my reading of
21  those recommendations, again, looking at
22  risk-benefit analysis about how to act in accord
23  with those recommendations.
24      Q   Okay.  And do you follow the
25  recommendations of other Endocrine Society

Page 227

1   Guidelines?
2       A   Again, talking in general about clinical
3   practice guidelines, in general, not just with the
4   Endocrine Society but anybody that puts them
5   forward, the advantage is that often allows one to
6   synthesize a large body of data when most practicing
7   physicians are not going to have the ability to read
8   all of the primary literature.  It provides an
9   opportunity to work toward understanding what other
10  people are putting forward as, again, from that
11  recommendation, the advantage -- again, this is
12  actually, a British medical journal put together a
13  series of papers, probably a decade ago, discussing
14  in great detail the hazards and the benefits of
15  clinical practice guidelines.  They're a starting
16  point.  They're not a definitive answer.  And they
17  provide some help but they also have been
18  historically not validated.  There's not a
19  standardization about how these are done.  There's
20  actually symmetrics that have been done to evaluate
21  the rigor with which -- there's actually a study
22  that's out there where they've looked at different
23  groups of people looking at the exact same data and
24  coming out with different recommendations based upon
25  that, so there's certain criteria for that.  And

Page 228

1   where we found that this has failed the medical
2   profession is where people stop with the
3   recommendation and don't pursue that further.  They
4   don't keep the critical eye on this and they act
5   upon this in a way -- now, again, it depends on what
6   the level of evidence is.  Historical precedents for
7   Clinical Practice Guidelines that were adopted as
8   being how practitioners should approach a particular
9   condition that were eventually proven completely
10  false.  For example, giving hormones to
11  post-menopausal women, giving steroids to people
12  posttraumatic spinal cord injury.  There's a whole
13  list of things that have been put forward with the
14  evidence that was available at one particular point
15  in time only defined as if the evidence comes
16  forward that they were completely wrong.  And that
17  that has suggested the opposite.  And usually that
18  occurs -- usually that occurs in situations where
19  the evidence itself is in the category that we're
20  looking at here; low or very low-quality evidence.
21  And, by definition, in the grade system, it says
22  that when you have low or very low evidence of data,
23  that it's very likely, as new data becomes
24  available, that the recommendations will change.
25      Q   Okay.  And do -- in your experience, do

Page 285

1  that was necessary for me to be able to understand a
2  little bit more what was going on. And then the
3  complaint, the expert declarations, the rebuttals to
4  that, and I think everything else that I read I
5  would have approached independent of participating
6  in this case because of my ongoing desire to know
7  what's going on in this field.
8      Q   You mentioned people fire you off e-mails.
9  Do you mean from advocacy groups? Who fires you off
10 e-mails that you were talking about?
11     A   I get these all the time in all different
12 areas. We have -- in fact, my colleagues at
13 Washington University will alert me to papers I
14 have, e-mails that come out, Medscape, for example,
15 comes out with all sorts of things that come across
16 my desk.
17     Q   Okay. And did you -- you've reviewed the
18 materials published by the American College of
19 Pediatrics on gender dysphoria, isn't that right?
20     A   Yes. Yes.
21     MS. COOPER: Let's take a break for about
22 five minutes. Something like that. And then I
23 think we won't have too much more.
24        (Break Taken.)
25     Q   (By Ms. Cooper) We can go back on. We've

Page 286

1  used the term "medical necessity" in various ways
2  and I just want to get some clarity to make sure
3  we're on the same page. I understood you to be
4  saying that there may be conditions for which --
5  excuse me, let me say that again. There may be
6  treatments where there's no randomized clinical
7  trials demonstrating the safety and effectiveness
8  over long term that you might still recommend for
9  patients, but you wouldn't say it's medically
10 necessary. Is that -- did I say that right?
11     A   Yes.
12     Q   Okay.
13     A   And, again, the caveat there is that's
14 different than things where there's evidence that
15 suggest it might be harmful.
16     Q   And is it your understanding that that
17 understanding of the term "medical necessity," that
18 something's not medically necessary if there isn't
19 randomized controlled clinical trials demonstrating
20 long-term safety and effectiveness. Is it your
21 understanding that that is the definition insurance
22 companies use in determining medical necessity?
23     A   My understanding of insurance companies is
24 they factor in a number of different considerations
25 and one of them is whether it is efficacious and

Page 287

1  what is being done. They don't want to pay for
2  things that are not going to have a benefit and I
3  think that there are other things that factor in
4  their consideration as well, including cost and
5  logistics, allocation of scarce resources. There's
6  all sorts of things that insurance companies use,
7  but whether it is efficacious is certainly a
8  consideration and it's a valid consideration.
9      Q   And whether it's efficacious could be
10 determined by data apart from randomized clinical
11 trials over long term, right?
12     A   It certainly is considered in short term
13 and various end points that you have and even the
14 strength of the data. You don't discount
15 low-quality studies, but you don't use them as the
16 benchmark as far as making that determination that
17 we've solved the problem.
18     Q   So, just to be clear, it's not your
19 understanding that insurance companies would limit
20 insurance coverage only to those treatments that
21 have been demonstrated to have long-term safety and
22 effectiveness through randomized controlled clinical
23 trials?
24     MR. JOHNSON: Object. Lack of foundation.
25     A   Again, the considerations, I think there

Page 288

1  are some things that remain a mystery to me as far
2  as why insurance companies will or will not approve
3  of various therapies, but, again, it ultimately
4  comes down to a risk benefit analysis with the
5  things that they're considering, not necessarily in
6  line with what the practitioner is in that
7  risk-benefit analysis.
8      Q   Okay. So, is it your understanding the
9  insurance companies will not cover treatment unless
10 it's been definitively determined by the research
11 community to be solved as efficacious?
12     MR. JOHNSON: Same objection.
13     A   I don't recall ever saying that and I
14 wouldn't say that. But I would say that it --
15 certainly the level of information that is available
16 will influence the decision that's made.
17     Q   (By Ms. Cooper) So it doesn't necessarily
18 have to be research conducted by randomized clinical
19 trials demonstrating long-term effectiveness?
20     A   It will depend upon the cost, the number
21 of patients that are being affected by this, by not
22 only effectiveness but also side effects of
23 treatment that will, actually, potentially incur
24 cost to the insurance company that's going forward
25 with this. All of that will play a role and more.