# EXHIBIT 22

## Page 1

1    IN THE UNITED STATES DISTRICT COURT FOR
2        THE DISTRICT OF SOUTH DAKOTA
3
4    TERRI BRUCE,              )
5        Plaintiff,         )
6    vs.                  ) No. 17-5080
7    STATE OF SOUTH DAKOTA and  )
8    LAURIE GILL, in her official)
9    capacity as Commissioner of )
10   of the South Dakota Bureau  )
11   of Human Resources,       )
12       Defendants.        )
13
14    DEPOSITION OF DR. PAUL W. HRUZ, M.D., Ph.D.
15      TAKEN ON BEHALF OF THE PLAINTIFF
16           JULY 16, 2018
17
18
19    (Starting time of the deposition:  8:49 a.m.)
20
21
22
23
24
25

## Page 3

1    IN THE UNITED STATES DISTRICT COURT FOR
2        THE DISTRICT OF SOUTH DAKOTA
3
4    TERRI BRUCE,              )
5        Plaintiff,         )
6    vs.                  ) No. 17-5080
7    STATE OF SOUTH DAKOTA and  )
8    LAURIE GILL, in her official)
9    capacity as Commissioner of )
10   of the South Dakota Bureau  )
11   of Human Resources,       )
12       Defendants.        )
13
14
15       Deposition of DR. PAUL W. HRUZ, M.D.,
16   Ph.D., produced, sworn and examined on the 16th
17   Day of July, 2018 between the hours of 9:00 a.m.
18   and 5:00 p.m. at the offices of Alaris Litigation
19   Services, 711 N. 11th Street, in the City of St.
20   Louis, State of Missouri, before Rebecca Brewer,
21   Registered Professional Reporter, Certified
22   Realtime Reporter, Missouri Certified Shorthand
23   Reporter, and Notary Public within and for the
24   State of Missouri.
25

## Page 2

1         I N D E X
2                    PAGE
3    QUESTIONS BY:
4    Ms. Cooper                  5
5
6
7         E X H I B I T S
8
9    EXHIBIT      DESCRIPTION        PAGE
10   Exhibit 1  Dr. Hruz Expert Declaration     40
11   Exhibit 2  Cross Sex Steroids Article     51
12   Exhibit 3  International Conference/Madrid Document  56
13   Exhibit 4  About The National Catholic Bioethics
14      Quarterly                69
15   Exhibit 5  Declaration of Dr. Spack     84
16   Exhibit 6  Endocrine Treatment of Gender Dysphoria;
17      Clinical Practice Guideline      223
18   Exhibit 7  Expert Declaration of Dr. Paul Hruz
19      - Adams Case            262
20   Exhibit 8  National Catholic Certification Program
21      in Health Care Ethics        293
22   (Original exhibits retained by the court reporter to
23      be copied and attached to the transcript.)
24
25

## Page 4

1         A P P E A R A N C E S
2    FOR THE PLAINTIFF:
3    Ms. Leslie Cooper
4    Mr. Joshua A. Block
5    American Civil Liberties Union Foundation
6    125 Broad Street, 18th Floor
7    New York, New York, 10004
8    Lcooper@aclu.org
9    Jblock@aclu.org
10
11   FOR THE DEFENDANT:
12   Mr. Jerry D. Johnson
13   Jerry Johnson Law Office
14   909 St. Joseph Street, Suite 800
15   Rapid City, South Dakota, 57701
16   Jdjbjck@aol.com
17
18
19
20
21   Ms. Rebecca Brewer, RPR, CCR, CRR
22   Alaris Litigation Services
23   711 North Eleventh Street
24   St. Louis, Missouri, 63101
25   (314) 644-2191

Page 13

1  A   Definitely, yes.
2      Q   Okay.  And these are patients who you were
3  treating for other purposes; diabetes or other
4  conditions that came to your --
5      A   That is correct.
6      Q   I see.  And so, when you've had a patient
7  for whom you were treating for diabetes, or some
8  other condition, indicate a desire to transition
9  gender, indicating gender dysphoria, what do you do?
10     A   I have not had a patient that has come to
11 me specifically in the care for, for example,
12 diabetes, that asks me to be involved in that aspect
13 of their care.
14     Q   So, you just -- can you say a little bit
15 about how you come to learn that they have a desire
16 to transition gender?
17     A   I would say that I don't have absolute
18 confidence that they have that problem.  The only
19 expertise or the only knowledge I have is when they
20 subsequently are referred to the other component of
21 our practice that addresses that issue.
22     Q   Okay.  Who refers them to that other part
23 of your practice that addresses that issue?
24     A   Most often they self refer to that.
25     Q   Have you referred any of the patients to

Page 14

1  the Transgender Center at Wash U?
2      A   I have not been asked to do so.
3      Q   So you have not?
4      A   That is correct.
5      Q   Have you -- so while you've come into
6  contact with a small number of patients with gender
7  dysphoria, you have not treated the gender
8  dysphoria, is that correct?
9      A   That is correct.
10     Q   Okay.  And do I understand you
11 intentionally choose not to treat that condition?
12     A   That is correct.
13     Q   That's because you -- well, why don't you
14 tell me.  Why do you intentionally choose not to
15 treat that condition?
16     A   Well, so, when I first was exposed to the
17 question about the program that is going on now, the
18 treatment of gender dysphoria, I was actually the
19 chief of our division of endocrinology and I was
20 charged with the task of actually looking at the
21 scientific evidence supporting the guidelines that
22 are being put forward and, as a physician scientist,
23 I did that in a rigorous manner and I concluded that
24 there was not enough evidence to support the
25 treatment that was being put forward, so, in my

Page 15

1  opinion, as far as best medical practices, it wasn't
2  in the best service of the patients that were coming
3  for treatment.
4      Q   But that was a particular form of
5  treatment, right, that you felt was not the best
6  practice, right?
7      A   I'm a pediatric endocrinologist and what a
8  pediatric endocrinologist is charged with doing is
9  giving hormones to patients.
10     Q   That was the type of treatment that you
11 felt was not appropriate practice?
12     A   That was the type of the treatment that I
13 did not find sound scientific evidence supporting
14 the beneficial outcomes for those patients, correct.
15     Q   Okay.  So, I take it, given your field,
16 you have not had occasion to diagnose anyone with
17 gender dysphoria, is that right?
18     A   I have not been charged with that task,
19 no.
20     Q   So, you've never diagnosed anyone?
21     A   I have not intentionally diagnosed,
22 correct.
23     Q   Intentionally?  Or, I mean,
24 unintentionally?
25     A   I've not gone through the DSM criteria

Page 16

1  with a checklist, which is done in the clinics, to
2  check off whether they fulfill the criteria that's
3  in the DSM-5, no.
4      Q   Okay.  I just want to make sure I'm not
5  missing something.  Did you, in some informal way,
6  diagnose people with gender dysphoria?
7      A   Again, in the context of not having a
8  doctor/patient relationship where I've been charged
9  with caring for that, I have interacted with numbers
10 of individuals that have -- one of the things that I
11 did very early on, when I was investigating this,
12 was to become familiar with the problem and that
13 involved being able to meet with parents and
14 individuals that had this particular condition.  And
15 if I were to have gone through the DSM Manual and
16 listened to the stories that they were telling, they
17 would have certainly fulfilled that criteria, but,
18 again, it was not in a doctor/patient relationship,
19 it was merely in the context of trying to understand
20 what is going on with these children.
21     Q   I see.  So you've met people that you
22 believe probably meet the criteria but you haven't
23 diagnosed any, is that a fair way to put it?
24     A   Correct.  Again, it's the context of
25 when -- the interactions.  And I'm certainly very

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us
Fax: 314.644.1334

## Page 25

1  clarify what you mean by formal education.
2      Q    Well, I'll ask broadly; any kind of
3  training of any sort that a doctor would get in the
4  course of, you know, either their initial medical
5  education or continuing education.
6      A    So, working at a major academic
7  institution, we're actually charged with providing
8  medical education and so, to the extent that we've
9  held journal clubs that we've had presentations with
10  my colleagues where we've discussed the scientific
11  evidence, where we've gone formally through the DSM
12  Guidelines, where we've gone through the Endocrine
13  Society Guidelines, that has been done at my
14  institution.  Have I sought out and gone to a
15  separate conference related to gender dysphoria?
16  The answer is no.
17      Q    But, at your own institution, you've
18  participated in these interactions, these journal
19  clubs and other activities that address gender
20  dysphoria and the treatment for gender dysphoria?
21      A    That is a standard -- that is one of the
22  components of what we do for all the conditions that
23  endocrinologists are engaged in.
24      Q    Okay.  Have you conducted any research
25  related to gender dysphoria or the treatment of

## Page 26

1  gender dysphoria?
2      A    No formal trials, no.
3      Q    Any other research?
4      A    I've been in the area of HIV research for
5  20 years and conducted a number of scientific
6  studies that -- but not directly related to gender
7  dysphoria.
8      Q    Yeah, I'm sorry if I was unclear.  I
9  didn't -- I know you've done research, but in the
10  area of gender dysphoria, no research, is that
11  right?
12      A    I have not done any -- I'm not a clinical
13  trials physician scientist.  I'm a bench scientist.
14      Q    What does that mean?
15      A    I conduct laboratory research, so I'm
16  engaged in hypothesis-driven research.
17      Q    Okay.  So, talking about research broadly,
18  you haven't conducted any form of research relating
19  to gender dysphoria, is that right?
20      A    No, I have.  I would consider research in
21  looking at the extensive literature that's there is
22  research.  It's not a randomized controlled trial,
23  it's not a formal study, but that would fit within
24  the domain of research.
25      Q    You mean reviewing research that was

## Page 27

1  published by other people?  Is that what you mean?
2      A    So, again, we can define research in many
3  different ways.  If you're asking the question about
4  research, about gathering information, about the
5  evidence that's available, I've done a considerable
6  amount of research and that has consisted of looking
7  at what published data is available supporting the
8  recommendations that are being made.  That I would
9  consider research, but it is not a clinical trial.
10      Q    Okay.  And what people might call studies,
11  scientific studies, have you done any scientific
12  studies?
13      A    Again, how you define studies, again, I
14  have not done clinical trials.
15      Q    Okay.  When you were deposed in the Adams
16  case, November, I believe it was, last year, you
17  mentioned you were in the process of responding to a
18  research funding announcement by the NIH to do
19  research related to gender dysphoria or gender
20  identity issues.  Did I get that right?
21      A    Yes.
22      Q    Can you tell me the status of that?
23      A    Yes.  There are a number of logistical
24  issues that are needing to be worked out.  There is
25  no funding for that particular study going on,

## Page 28

1  recruiting the people that are going to be necessary
2  to conduct that study, again, I'm a pediatric
3  endocrinologist.  And to my knowledge, you know,
4  that hasn't moved much beyond the initial planning
5  stages.  The proposal itself was a suggestion to
6  address the question of -- a very particular
7  question of the effects of pubertal blockade on the
8  trajectory as far as the number of individuals that
9  went on to cross hormone therapy and those that did
10  not.
11      Q    So, did you ever submit a proposal to NIH
12  to do this research?
13      A    No.
14      Q    Okay.  Did you ever respond to the funding
15  announcement in any way?
16      A    Depends on how you say "respond."  I've
17  already said I did not submit a proposal.  I have
18  taken that to colleagues.  In fact, I've had very
19  recent discussions with my colleague at Washington
20  University that is interested in starting some sort
21  of research effort.  And I could speak a length of
22  what I've recommended to him as far as how these
23  studies should be conducted.  I've been very
24  disappointed that the rigor -- scientific rigor
25  that's necessary for those studies is not currently

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

Page 37

1  discussions and I provided another layer and, again,
2  that was one suggestion.  I had a long list of
3  things that could have been done.  Many things that
4  need to be looked at very carefully.  In the process
5  of putting these trials together, there's a lot of
6  back and forth of being able to look at what is the
7  right way to do the study.  And that includes, you
8  know, what is necessary to get a valid scientific
9  conclusion, but also keeping in mind areas of
10  research ethics and, again, even putting this
11  forward for the Institutional Review Board that's
12  going to be able to -- which any study that would be
13  proposed would fall under that auspice.
14      Q   You mentioned a few minutes ago that
15  there's a hypothesis that pubertal blockade can
16  drive or lead to -- you say persistence in
17  cross-gender identity.  Did I understand that
18  correctly?
19      A   The full argument, or at least the concern
20  that I have, based on the evidence that is out
21  there, is present in one of my publications where I
22  laid out what the evidence was there and some of the
23  questions that were there about what is put forward
24  as that we've established, you know, the necessity
25  for using pubertal blockade is not substantiated by

Page 38

1  the scientific evidence that's there.  And that it
2  leads to a number of different hypotheses that can
3  be rigorously tested in a scientific manner.
4      Q   So the hypothesis that treatment with
5  pubertal blockade can lead to persistence, that's
6  still just a hypothesis?  That's not been proven
7  yet?
8      A   I think the opposite has not been proven;
9  that it's definitively shown that this is successful
10  in sorting out those individuals that would like to
11  go forward with cross hormone therapy or not.  The
12  evidence that's available that's been published in
13  the literature raises the hypothesis that I'm
14  talking about is based upon the study that showed
15  that 100 percent of the individuals that started on
16  pubertal blockade went on to get cross-sex hormone
17  therapy.  Now, what is put forward in a
18  non-scientific matter as being fact, which is only a
19  hypothesis, was that that study group was very well
20  designed, in fact, to be able to delineate which of
21  those that were going to persist or not.  And that
22  is actually at odds with the data that suggested
23  there is no biological test to be able to predict
24  which individuals will go forward or not.  And,
25  therefore, knowing the natural history of rates of

Page 39

1  realignment of gender identity with sex that occurs
2  when people do not get pubertal blockade, to the
3  results of that particular -- again, it was a very
4  small study -- would lead to that being asked as a
5  hypothesis as to whether that intervention itself
6  might have been influencing the outcome.
7      Q   So, just to make sure I'm clear, it is
8  still just a hypothesis that pubertal blockade could
9  lead to persistence?  That's not been proven?
10      A   That is correct.  And the opposite has not
11  been proven as well.
12      Q   I understand.  Okay.  Let's take your
13  report from this case.  Actually, before we turn to
14  that, I forgot to ask one other question.  Do you
15  have experience conducting clinical trials on any
16  topic?
17      A   I've only been involved in one clinical
18  trial.  It's a very small study and my role was very
19  minor.
20      Q   And what was that topic?
21      A   It was on the influence of insulin
22  sensitivity on cardiac function.
23      Q   I see.  So clinical trials isn't your area
24  of expertise?
25      A   That is correct.

Page 40

1      (Deposition Exhibit 1 marked.)
2      Q   So I've shown you what has been marked as
3  Exhibit 1.  Is this your expert declaration from the
4  Bruce v. South Dakota case?
5      A   It certainly looks like it.
6      Q   Okay.  Hold on.  And it includes your CV
7  that's attached -- I think, unfortunately --
8      MR. JOHNSON:  I've marked it.  I can't
9  give it back to you.
10      MS. COOPER:  I don't know how that
11  happened.  Let me just check.  It may be
12  something that doesn't really matter.  But let's
13  look.
14      MR. JOHNSON:  You want to make a clean
15  copy?
16      MS. COOPER:  I would like to.  Can we take
17  a break?  I have a bunch of questions about this.
18  Can we take a break off the record?  Thank you so
19  much.
20      (Break Taken.)
21      Q   (By Ms. Cooper)  Okay.  Thanks.  Dr. Hruz,
22  I'm showing you what's been marked as Exhibit 1 --
23  or remarked as Exhibit 1.  This is your expert
24  declaration in the Bruce case?
25      A   I assume so.

10 (Pages 37 to 40)

## Page 41

1    Q   Take a look.
2    A   Okay.  It looks like what I put together,
3  yes.
4    Q   Okay.  Now, if we turn to your CV, which
5  is attached.
6    A   It's not attached to this.
7    Q   Okay.  Sorry.
8    MR. JOHNSON:  I can help you on that, too.
9    MS. COOPER:  Let's go off.
10   (Discussion off the record.)
11   Q   (By Ms. Cooper) All right.  Let's try this
12  one last time.  If you could turn to the CV attached
13  to your report.  Got that?  And I see there are
14  various publications listed.
15   MR. JOHNSON:  Leslie, I hate to interrupt
16  you, maybe I have an incomplete copy, or maybe
17  it's double-sided.  Hold on.
18   MS. COOPER:  Is it missing --
19   MR. JOHNSON:  I think we're all right.
20   MS. COOPER:  Oh, okay.  We're okay.
21   Q   (By Ms. Cooper) Does yours look okay,
22  Dr. Hruz?
23   A   I'm looking through all of it.
24   MR. JOHNSON:  Okay.  I apologize.  It's
25  all there.  Thank you.

## Page 42

1    Q   (By Ms. Cooper) So, Doctor, my first
2  question for you, when you get to the publications
3  section towards the end of your CV, you have a
4  category called publications and then, a few pages
5  later, a category called invited publications.  Can
6  you tell me, what's the difference between those two
7  categories to you?
8    A   Generally, I segregate out review articles
9  and those types of things from the general
10  publications that I have, which I've listed there.
11  So these are a separate category that were required.
12  It's a standard format that we have for our
13  university as far as designating review articles
14  versus clinical trials.
15   Q   So, the invited publications are the
16  review articles?
17   A   That's correct.
18   Q   And the other --
19   A   And it includes things where, for example,
20  most of this is -- the first 50 publications are
21  things that I submitted directly to the journals for
22  publication.  The ones in invited publications are
23  when either it's a review article that I submit to a
24  journal or somebody asks me to contribute, for
25  example, I've got the commentary in there, that was

## Page 43

1  somebody that called me up and said, Could you
2  comment on this clinical domain here?  And it
3  varies.  But I think it's just a way that we try to
4  distinguish from those.
5    Q   Okay.  It doesn't have to do with peer
6  review, does it; the distinction between the two
7  categories?
8    A   Every paper here is always peer reviewed.
9  The extent of the peer reviews varies.  Some of them
10  are peer reviewed by a number of investigators in
11  the field.  They're sent out for comments.  Some are
12  done at the editorial level.  Depends on the nature
13  of the publication.  All of them, actually, go
14  through for accuracy and content there to make sure
15  that it's -- can be substantiated, everything that
16  I've said there, so there's a level of review that
17  goes on to every single publication.
18   Q   Okay.  And have you published any
19  peer-reviewed scientific articles on gender
20  dysphoria or transgender-related issues?
21   A   There's only two papers on this CV here
22  that relate to the area of gender dysphoria.  One is
23  No. 11.  And No. 13 on the invited publication list.
24   Q   And just for the record, the No. 11 is the
25  article called Growing Pains, Problems with Pubertal

## Page 44

1  Suppression in Treating Gender Dysphoria, published
2  by The New Atlantis.  And No. 13 is The Use of
3  cross-sex Steroids in Treating Gender Dysphoria,
4  published by The National Catholic Bioethics
5  Quarterly, is that correct?
6    A   That is correct.
7    Q   Thank you.  And these are -- actually,
8  before I move on to talk about those, have you
9  submitted any articles on transgender issues or
10  gender dysphoria for publication that weren't
11  accepted by any journals?
12   A   No, I've never had one that was not
13  accepted.  I'm in the process of writing a paper, as
14  we speak, on the issues of experimentation and the
15  parameters that are necessary for conducting trials
16  in this domain.
17   Q   Okay.  You're in the process of writing
18  it, you said?
19   A   That's correct.
20   Q   So you haven't submitted it to anybody?
21   A   That's correct.  It's due within the next
22  several months.  I'm probably going to be late in
23  getting it, but --
24   Q   Was that an invited paper?
25   A   Yes.

1    Q    Who invited you?
2    A    The person who's editing the -- it's going
3    to be an issue that's specifically related to
4    pediatric issues.  And I have to -- it's not
5    somebody that's a colleague of mine that I know very
6    well, so I have to look it up.
7    Q    What journal is it?
8    A    It's the same one that No. 13 -- it's the
9    same journal.  They liked the contribution that I
10   made and they want me to write some more.
11   Q    So that's the --
12   A    NCBE Quarterly, yes.
13   Q    -- NCBE Quarterly, National Catholic
14   Bioethics Quarterly.
15   A    Actually, I was just asked to write a
16   review article for the International Journal of
17   Pediatric Endocrinology as well.  I have not yet
18   agreed to do that.  The editor requested that I
19   write that, so I'm happy to consider whether I have
20   the time to do that, so --
21   Q    So, you saying that these two articles
22   that you've written about transgender issues, the
23   Growing Pains article and The Use of Cross-Sex
24   Steroids article -- is that okay if I use that
25   shorthand to refer to them -- that they were both

1    peer reviewed?
2    A    As I mentioned, they were both reviewed
3    and I think that most of these happened at the
4    level -- again, I don't have knowledge of who they
5    sent them out to.  My understanding is that they
6    were more of the editorial level where they were
7    reviewed.  I know for a fact that they requested
8    every single reference that I had, that I sent to
9    them, they're able to see the actual scientific data
10   that I quoted in the papers there, and they have a
11   number of very pointed questions about the
12   interpretation of those studies, so I know, from
13   that experience, that they were rigorously reviewed
14   for accuracy and scientific integrity.
15   Q    Okay.  So, the Growing Pains article was
16   published by something called The New Atlantis,
17   that's right?
18   A    That is correct.
19   Q    And your testimony is that that's a
20   scientific, peer-reviewed journal?
21   A    I would say The New Atlantis is what it
22   is.  And if you go to their website and the
23   publication, they will explain exactly what they put
24   forward for what they are.  It is a journal that
25   covers a range of topics related to science and

1    other areas and so it's certainly different than,
2    for example, The Journal of Diabetes.  It's more
3    broad.  And, again, many of the review articles are
4    generally journals that published in a variety of
5    areas, not specifically related to diabetes.
6    Q    So, you say The New Atlantis is what it
7    is.  So, is it not -- is it a type of peer-reviewed
8    article the type people in your field would rely on
9    for scientific evidence?
10   A    I think people in my field read all sorts
11   of publications, including the review articles that
12   are listed in other areas of my CV.  And they,
13   again, as I do as well, reading whatever literature
14   is there, most often individuals that read
15   publications of this nature will use that as a
16   resource to look at the primary literature that is
17   cited in the article and then be able to use that in
18   helping them form their opinions about the evidence
19   that's there.  So I think that that's what we do in
20   our field.
21   Q    So, when you testified in the -- or when
22   you gave a deposition in the Adams case, I'm happy
23   to show you the transcript, but you testified it was
24   not a peer-reviewed journal.  Have you learned
25   something about that since then that changed your

1    mind?
2    A    No, I think in depositions the flow of the
3    way the questions are asked, you know, depends on --
4    I don't recall, specifically, how the question was
5    asked or how it was presented in the context of the
6    other things that I said in that deposition, but
7    I've already broken it out on my CV as far as how
8    these type of publications differ from the other 50
9    that I've published as far as the external peer
10   review.  So you asked me the question about whether
11   they were reviewed and I said, yes, they were, at
12   the editorial level.  And the question, as I recall,
13   and I don't -- I can look at the full transcript of
14   the Adams case, at least as I interpreted the
15   question as it was asked at that time was slightly
16   different than the way you asked the question.
17   Q    So, it has no external peer review, is
18   that correct?
19   A    To the extent that I'm aware of, I
20   don't -- I don't believe that it was.
21   Q    So the term "peer review" doesn't have a
22   meaning in your field?  That's not an understood
23   term?
24   A    So, editorial review versus peer review
25   are different.  So that -- that my co-authors were

## Page 49

1    people in the field, but I think the editors that
2    were reviewing the factual information that was
3    present were not pediatric endocrinologists.
4        Q    So, well, I'd asked whether it was peer
5    reviewed.  So is it peer reviewed; The New Atlantis
6    article?
7        A    On that definition, it was not reviewed by
8    other pediatric endocrinologists, to my knowledge.
9        Q    That's the definition you understand to be
10   the definition in the field?
11       A    As we're discussing it currently, right
12   now, yes.
13       Q    Okay.  And The New Atlantis was founded by
14   The Ethics and Public Policy Center, is that right?
15       A    I believe that that is correct.
16       Q    Okay.  And that's a center dedicated to
17   applying the Judao-Christian moral tradition to
18   critical issues of public policy, is that your
19   understanding?
20       A    I believe that question came up at the
21   last deposition and I believe that that's an
22   accurate statement.
23       Q    And your co-authors of the Growing Pains
24   article are Lawrence Mayer and Paul McHugh, is that
25   right?

## Page 50

1        A    That is correct.
2        Q    How did you come to meet them?
3        A    I believe I was approached -- again, this
4    is going back a couple years.  The editor of the
5    publication contacted me, asking me, within my realm
6    as a pediatric endocrinologist, if I would be
7    willing to discuss this particular question and we
8    had a meeting with the eventual co-authors where we
9    discussed the status of the science.  I think the
10   editor himself was aware of some of the concerns
11   that I had put forward in relation to the treatment
12   that was going on.  I am not fully aware of how that
13   came about, that he contacted me, but that is how
14   this particular publication came to be.  We had a
15   meeting to discuss our shared concerns about the
16   lack of scientific evidence that was out there in
17   this particular field, felt that there was a strong
18   need to be able to convey that and be able to set
19   forward some of the things that needed to be done at
20   the scientific level to enter this area of
21   intervention in line with other areas of medicine.
22       Q    Okay.  What year was this that you first
23   were contacted by the editor of the journal?
24       A    This was published in 2017, so I believe
25   it was near the end of 2016.

## Page 51

1        Q    And who was the editor?
2        A    Adam Keiper.
3        Q    And how did he know of you?
4        A    You'd have to ask him.
5        Q    Okay.  Let's mark as Exhibit 2 the second
6    article that you mentioned; The Use of cross-sex
7    Steroids in the Treatment of Gender Dysphoria.
8        (Deposition Exhibit 2 marked.)
9        Q    Thank you.  Is that a copy of your article
10   that was Item No. 13 on your invited publication
11   list on your CV?
12       A    It certainly looks like it.
13       Q    And that was published in 2018?
14       A    That's correct.
15       Q    And it was published by The National
16   Catholic Bioethics Quarterly?  That's the full name
17   of the journal?
18       A    That's correct.
19       Q    Okay.  Is that a peer-reviewed, scientific
20   journal?
21       A    In the context of what we're talking
22   about, no.
23       Q    Okay.  Meaning it was not sent out for
24   external review by peers in your field?
25       A    That's correct.  And I talked to the

## Page 52

1    editor about doing that and he indicated that he
2    was -- felt that it was of sufficient quality, after
3    looking through the data that was there, that he
4    made a decision not to do that.  I think in this
5    journal itself, I think that very frequently these
6    are sent out to peers and, again, what happened at
7    the editorial level, I'm -- I don't know all the
8    details of that.
9        Q    Okay.  We'll come back to that in a
10   minute.  I just have a few other questions first.
11   Have you given any presentations about gender
12   dysphoria or transgender people or related issues at
13   scientific or medical conferences or events?
14       A    I've certainly given them at medical grand
15   rounds in a variety of venues.  I think, from the
16   scientific standpoint, at national meetings, I've
17   not been invited to do so, at least to this point in
18   time.
19       Q    And where have you done medical grand
20   rounds on this topic?
21       A    I think I listed them on my CV.  Didn't I?
22   It was St. Louis University.  I'm going, actually,
23   next week to Texas Tech to give another talk.
24       Q    And that's on gender dysphoria?
25       A    Yes.

## Page 57

1  topic.
2      Q   So that's a no; you were not aware that
3  that was the -- how the conference was being held
4  out?
5      A  I have not seen this document before.  I
6  certainly know the conclusions that many that were
7  organizing the conference had serious concerns about
8  what it was going on.  I think the biggest
9  conversation I had was the concern about how much
10  ideology rather than science was driving the field
11  forward.  And that discussion was raised when I
12  spoke to the organizers about this.  So, I think
13  that what they were putting forward was concerns
14  about ideology-driven medical interventions.  And to
15  that extent, I knew that they were opposed to the
16  ideology that was being put forward.
17      Q   Let's talk a moment about The Heritage
18  Foundation event.  Who asked you to come to that
19  event?
20      A  That was Ryan Anderson.
21      Q   And when did you first meet Ryan Anderson,
22  whether on the phone or in person?
23      A  I honestly don't remember.  It was several
24  years ago.
25      Q  How did you meet him?

## Page 58

1      A  I believe -- I think about -- I honestly
2  don't remember whether he contacted me or we ran
3  into each other.  I don't remember.
4      Q   Okay.  And he asked you to participate in
5  this panel discussion?
6      A  That is correct.
7      Q   Okay.  And The Heritage Foundation is an
8  organization that opposes recognizing legal
9  protections for transgender people, right?
10      A  Again, I don't follow any political agenda
11  at all.  My interest in participating in that was to
12  be able to put forward the concerns that I had, The
13  Heritage Foundation invited me to speak, I'm very
14  willing to speak to any other organization from any
15  area of the political spectrum that is willing to
16  listen to my concerns.
17      Q   You've talked about the scientific
18  literature on treatment of gender dysphoria.  When
19  did you first begin to review that literature?
20      A  I first began investigating the scientific
21  literature when I was charged as chief of our
22  division of endocrinology when a proposal was made
23  to begin the transgender clinic at my institution.
24  That prompted me to begin investigating the
25  literature, began formulating a number of questions,

## Page 59

1  looking for the answers to those questions, and
2  progressively necessitated that I take it to a
3  deeper and deeper level to understand when I wasn't
4  finding the answers that I was looking for.
5      Q   And how long ago was this?  What year,
6  approximately?
7      A  It would have been about six to maybe
8  seven years ago.
9      Q   Okay.  So before that, it was not an area
10  that you kept up with in the field?
11      A  That is correct.
12      Q   Okay.  And before you began to review that
13  literature for purposes of the questions that were
14  being posed by your institution, did you have any
15  views on the morality of cross-sex hormone therapy
16  to treat gender dysphoria?
17      A  It was a topic that, again, was becoming
18  prevalent in the dialogue and it was -- the only
19  exposure I had to that, that I even thought about
20  it, were a few case reports that some of my
21  colleagues had mentioned within -- probably within a
22  short time before that, but it never got beyond just
23  presenting.  I can recall our former -- the division
24  chief prior to my service in that role who had a
25  patient, and we had a very brief discussion saying,

## Page 60

1  They're coming to me and I have no idea what I'm
2  supposed to do.
3      Q   So you didn't have any moral views about
4  this -- the treatment with cross-gender hormones at
5  that time?
6      A  This was not an area that had ever been
7  discussed in any way.
8      Q  So no?
9      A  The answer is, related to gender dysphoria
10  and treatment, no.
11      Q   Did you have any moral views about people
12  transitioning gender before then?
13      A  It wasn't a topic that was on my radar.
14  Certainly I had a very clear understanding, from a
15  scientific perspective, of what it means to be male
16  and female and I do recall, in the early comments
17  that were being made, about inerrancies about
18  talking about what sexuality was that created some
19  conversations that we had.  Again, it wasn't
20  specifically related to the Dutch protocol or the
21  treatment protocol that we're talking about right
22  now.
23      Q   What was it related to?
24      A  These were comments where people were
25  confusing the words "gender" and "sex" and that was

ALARIS LITIGATION SERVICES
www.alaris.us    Phone: 1.800.280.3376    Fax: 314.644.1334

Page 65

1   court in any of these cases, is that right?
2       A   I've already said that I don't -- I never
3   testified at trial.
4       Q   Okay.  Do you consider yourself to be an
5   expert on treatment of gender dysphoria?
6       A   I would say that I probably have more
7   information about the scientific literature than
8   most of my colleagues in pediatric endocrinology
9   that I talk to across the country.
10      Q   Is that a yes?
11      A   Yes.
12      Q   Do you consider yourself to be an expert
13  on the treatment of gender dysphoria in adults?
14      A   To the extent that the literature that
15  I've reviewed addresses the issues involved in
16  adults, yes.
17      Q   And what makes you an expert on this
18  topic?
19      A   You know, people can define expertise in
20  many different ways.  I'm a physician scientist who
21  has participated in the review of clinical trials
22  for study sections.  I've been a reviewer for
23  journals.  I've looked at scientific evidence in
24  great detail in determining the veracity or the
25  deficiencies of scientific literature and because of

Page 66

1   my necessity of investigating the specifies of
2   gender dysphoria in my relation to my role as a
3   division chief, as I mentioner earlier, that I have
4   extensively read the literature and have detailed
5   knowledge of the quality of the science that's
6   present.  In that domain, I have expertise to be
7   able to speak in this matter.
8       Q   Let's go back to what we've marked as
9   Exhibit 2; The Use of cross-sex Steroids in the
10  Treatment of Gender Dysphoria.  I have some
11  questions about this.  You mentioned it was
12  published by The National Catholic -- sorry, The
13  National Catholic Bioethics Quarterly.  That's a
14  journal that integrates Christian faith and science,
15  is that right?
16      A   This is a journal that addresses areas of
17  medical ethics.  The context of this is that,
18  recognizing that much of the discussion that I was
19  being involved with required more formal education
20  in the area of bioethics prompted me to take a
21  formal course on bioethics.  This paper came out as
22  the final exam paper that I wrote.  Never intended
23  that I was going to publish it, but it was of the
24  quality that the editor felt very strongly that this
25  is something that needed to be published and I

1   agreed to have it published.
2       Q   Why did you initially not intend to
3   publish it?
4       A   I just -- I hadn't written it for that
5   purpose.  I wrote it as the final exam for the
6   course.  It wasn't that I had no desire to publish
7   it.  It hadn't occurred to me that it would be
8   wanted to be published.
9       Q   I'm sorry if I missed this, when was this
10  course?
11      A   This was last year.
12      Q   Where did you take this course?
13      A   It was a correspondence course with two
14  separate meetings where I got to travel to Arizona
15  and Philadelphia, but most of it was online.
16      Q   What institution?
17      A   The National Catholic Bioethics Center.
18      Q   They teach -- they provide the coursework?
19      A   That's correct.  I actually looked at a
20  number of different ways to get this education that
21  would fit with my schedule, and for the questions
22  that I was asking, and this was the best option that
23  was available to allow me to get the expertise in
24  some of these ethical issues to help me in some of
25  the questions that I was still asking.

1       Q   Okay.  So, The National Council -- The
2   National Catholic Bioethics Center did the course as
3   a correspondence course, but you had some in-person
4   portion of the training?
5       A   Two separate; one at the very beginning
6   and one at the very end, correct.
7       Q   You said one was Arizona and one was?
8       A   Philadelphia.
9       Q   Philadelphia.  Okay.  And were the other
10  students who were taking the course also present
11  during those meetings in Arizona and Philadelphia?
12      A   Yes.
13      Q   Okay.  Was Dr. Sutphin one of those
14  students?
15      A   I don't recall, no.
16      Q   Do you know Dr. Sutphin?
17      A   No.
18      Q   You've never met -- okay.  So, going back
19  to a question I asked before, I'm not sure I heard
20  an answer, The National Catholic Bioethics
21  Quarterly, I asked if it's a journal that integrates
22  Christian faith and science.  Is that your
23  understanding of the journal; that it does or
24  doesn't?
25      A   I think it's a journal that publishes

17 (Pages 65 to 68)

Page 69

1  quality information related to bioethical issues and
2  I think that that's my understanding of the journal.
3      Q   So your understanding is it does not
4  integrate Christian faith and science?
5      A   No, I think it certainly does.  But I
6  think that, looking at the options for ethical
7  questions, they probably do that in the most
8  comprehensive manner.
9      Q   And the course that you took with The
10  National Catholic Bioethics Center, did that
11  integrate Christian faith and ethics, medical
12  ethics?
13      A   It certainly included the discussion of
14  the ethical directives, the ERDs, which is a
15  publication of a faith-based organization.  That was
16  one of the components of what they discussed, that's
17  correct.
18      Q   Okay.  Let's mark as Exhibit 4 a document
19  titled, About The National Catholic Bioethics
20  Quarterly.
21          (Deposition Exhibit 4 marked.)
22      Q   Have you seen this before?
23      A   I don't believe I have.
24      Q   I would like to just direct you to -- I'd
25  like you to read along with me.  It's actually quite

Page 70

1  short so I'll read the whole thing.  The National
2  Catholic Bioethics Quarterly addresses the ethical,
3  philosophical, and theological questions raised by
4  the rapid pace of modern medical and technological
5  progress.  It is the official journal of The
6  National Catholic Bioethics Center, an organization
7  dedicated to research of analysis on moral issues
8  arising in healthcare and the life sciences.  The
9  Quarterly seeks to foster intellectual inquiry on
10  moral issues by publishing articles that address the
11  ethical, philosophical, theological, and clinical
12  questions raised by the rapid pace of modern medical
13  and technological progress.  Inspired by the harmony
14  of faith and reason, the Quarterly unites faith in
15  Christ to reasoned and rigorous reflection upon the
16  findings of the empirical and experimental sciences.
17  While the Quarterly is committed to publishing
18  material that is consonant with the magisterium of
19  the Catholic church, it remains open to other faiths
20  and to secular viewpoints in the spirit of informed
21  dialogue.  Is that consistent with your
22  understanding of the journal?
23      A   Yes.
24      Q   Okay.  And what does it mean to be
25  consistent, or consonant, with the magisterium of

Page 71

1  the Catholic church?
2      A   It means that the -- what is being
3  discussed does not conflict with what the church has
4  put forward.  The church is very clear that it is
5  competent in areas of theology.  Not science.  I'm
6  competent in the area of science and not theology.
7  And it's a perfect mix.
8      Q   Is your article consonant with the
9  magisterium of the Catholic church, the one you
10  published in the NCBE journal?
11      A   The fact that they published it, I assume
12  so.
13      Q   Okay.  Now, let's go back to your article
14  that you published in this NCBQ journal.  Sorry, I'm
15  having trouble with all the initials.  Let's look at
16  the abstract at the top and I'd like to --
17          MR. JOHNSON:  You have an exhibit number?
18      Q   (By Ms. Cooper) It's Exhibit No. 2.  If
19  you will look with me about a little more than
20  halfway down the abstract, the sentence beginning,
21  "from an Ethical Perspective," have you found that?
22      A   Yes.
23      Q   Okay.  And read along with me.  From an
24  ethical perspective -- actually, I'm going to read
25  the whole thing to make sure we have context.  It's

Page 72

1  not that long; Current clinical guidelines for the
2  treatment of individuals who experience gender
3  dysphoria include the administration of testosterone
4  to women who desire to appear as men and estrogen to
5  men who desire to appear as women.  Despite the
6  rapid and widespread adoption of this practice,
7  strikingly little scientific evidence supports this
8  treatment approach as a safe and effective medical
9  intervention to prevent associated depression and
10  suicide.  Although low-quality, short-term studies
11  have demonstrated a reduction of dysphoria, emerging
12  evidence reveals a significant bodily harm --
13  sorry -- reveals significant bodily harm from this
14  practice and a lack of long-term benefit in
15  preventing depression and suicide.  From an ethical
16  perspective, this practice distorts a proper view of
17  human nature and violates bodily integrity by
18  directly inducing sterility.  The use of exogenous
19  cross-sex hormones reinforces rather than alleviates
20  underlying psychiatric dysfunction while
21  significantly increasing the risk of other medical
22  morbidities.  Despite the valid goal of alleviating
23  suffering, this practice cannot be justified by the
24  use of the principles of totality for double effect.
25  So I just have a few questions about that passage.

18 (Pages 69 to 72)

## Page 77

```
 1    individual, if you reject that, you're going to lose
 2    sight of some very important data that is necessary
 3    in being to able to address this problem in the best
 4    way.
 5         Q    And what are the consequences that you
 6    were referring to of losing sight of the biological
 7    reality of differences in male and female?
 8         A    I've already alluded to that briefly in my
 9    prior response, but I will begin by looking at what
10    the effects are, for example, of cross-sex hormones,
11    administration of testosterone to a male member of
12    the species versus a female member of the species is
13    not identical, because the context of what you're
14    delivering that hormone exposure to is within an
15    environment that is drastically different, at a
16    genetic level and epigenetic level, and the
17    consequences of that are quite important.  It's the
18    sole basis for why The National Institute of Health
19    requires, when we do clinical trials, that we study
20    both male and female members of the species.  When
21    you give exactly the same medicine, it is recognized
22    that the effect of that treatment can be drastically
23    different in males versus females.  It's a
24    recognition of this fundamental biological
25    difference between males and females.
```

## Page 78

```
 1         Q    So, given that, is it fair to say your
 2    view is that any treatment that would not accept the
 3    biological reality of someone being male or female
 4    is not going to be helpful?
 5         A    I would say that it's going to lead to
 6    concerns that it may lead to attempts that are not
 7    helpful.  I think that there's so much involved in
 8    that question that's much more broader than that.  I
 9    think that if you start with incorrect assumptions
10    and things build from there, it is likely to have a
11    negative impact on the desire that everyone shares
12    about alleviating the suffering of these
13    individuals.
14         Q    Okay.  So, you talked about the
15    procreative roles of males and females.  Is it your
16    view that sexual activity between same sex couples
17    is not consistent with the proper view of human
18    nature?
19         A    Again, it's how you frame that question.
20    Actually, I'll ask you to reframe that because I'm
21    not sure that I understand exactly what you're
22    asking.
23         Q    Sure.  Well, you say in your paper that,
24    you know, from an ethical perspective, administering
25    cross-sex hormones to treat gender dysphoria
```

## Page 79

```
 1    distorts a proper view of human nature.  And you've
 2    explained -- you unpacked that for me some and so my
 3    question is:  Is sexual activity between same sex
 4    couples consistent with a proper view of human
 5    nature?
 6         A    I still don't fully understand the
 7    question.  If you're asking me the question about
 8    how does homosexual relations contribute to the
 9    process of reproduction?  Are you asking me --
10         Q    I am not.  Thank you.  My understanding is
11    your focus on sort of the biological reality of male
12    and female was very hooked to the reproductive
13    capacities of males and females, is that correct?
14         A    That was one component.  It also included
15    an understanding of the biological differences that
16    are present between males and females.
17         Q    Okay.  I see.  Now, you say in that same
18    abstract that using cross-sex hormones reinforces
19    rather than alleviates the underlying psychiatric
20    dysfunction.  Is that true for adults, too, adults
21    with gender dysphoria; that providing cross-sex
22    hormones reinforces rather than alleviates the
23    psychiatric dysfunction?
24         A    So, the argument that is being put
25    forward, again, in the context of the discussion is
```

## Page 80

```
 1    to deny this difference that we just discussed about
 2    male and female and the literature is actually full
 3    of statements that are being made in twisting the
 4    language that is being used to identify male and
 5    female in the wording that they have and further
 6    discussion of how that hormone administration is
 7    even being presented as an intervention for gender
 8    dysphoria is within that context of the same -- it
 9    doesn't change when you turn 21, whether you have
10    biological differences between male and female, and
11    your responses to the hormone therapy are still
12    going to be the same in adults as they are in
13    children, as far as the medical risks, many of which
14    we do not fully understand, have not been adequately
15    studied, but what we do have certainly has -- we
16    have reason for caution in certainly the data that's
17    coming out now about the medical risks of this cross
18    hormone administration.  So I think that there is a
19    danger of minimizing the true differences between
20    hormone therapy in, again, giving testosterone to a
21    male versus testosterone to a female and the
22    outcomes that are going to happen.  This happens
23    even independent of the question about whether it
24    prevents the goal of suicide.  But, also, in the
25    risks that individuals have of dying from other
```

## Page 85

1    A   I think the way that he's remembering that
2  conversation is slightly different.  I did express
3  my significant problems with the issue and I did
4  relate at that point in time to understand the
5  claims that were being made about sexuality and how
6  that differed from gender.  And, you know, I think
7  he's taking it out of context to say that it was a
8  matter of faith.  I presented to him scientific
9  objections to what was going on.  In fact, it was my
10 conversation with Dr. Spack that specifically led to
11 my desire to write The New Atlantis article because
12 in the course of that discussion, I raised number of
13 questions about the scientific evidence for cross
14 hormone therapy, which he was not able to address in
15 a substantive way.  And I distinctly remember during
16 that conversation that Dr. Spack said, Well, at
17 least if you can't accept that, why don't you just
18 give them pubertal blockade?  Because this is safe
19 and fully reversible.  I reflected upon that
20 assertion on the evidence that was available to
21 support that statement and it was really one of the
22 impetuses for me to write that New Atlantis article.
23 The fact that we had discussed faith within that
24 conversation was -- it was a panel group, this was a
25 group around.  There were a number of other

## Page 86

1  individuals there.  There were a number of different
2  viewpoints that were discussed.  And the fact that
3  issues of faith came up, I think, was relevant to
4  that particular conversation, but there was never a
5  statement that was made by me that said that I had
6  made a definitive conclusion about this whole issue
7  and my problem with the whole area of transgender
8  were many of the incorrect statements that were
9  being made about an understanding of what sexuality
10 is from a biological perspective.
11      Q   So, you didn't say that your faith caused
12 you to object to this treatment?
13      A   I made it very clear that I had scientific
14 objections and, in the course of the conversation,
15 that there are many different concerns that I have
16 about the issue, but that was -- to say that it was
17 a matter of -- versus meaning that it was a factor
18 in trying to understand what was being put forward
19 and, again, in the context of my understanding of
20 sexuality, I think, as a physician scientist, it's
21 important to focus on, from a biological standpoint,
22 what's going on, but it is impossible to confine
23 that solely to that particular domain, in the areas
24 of competence, in talking about it as a scientist.
25 That's where I focused my efforts and my energies

## Page 87

1  related to the other aspects of understanding at a
2  much deeper level the other things that contributes
3  to sexuality is certainly something that all -- that
4  I have, that everyone has that's involved in this
5  discussion.  We've had a long discussion about
6  people that have different viewpoints about this
7  from a non-scientific standpoint, all of which is
8  relevant in understanding.  It's my only explanation
9  for why individuals like Dr. Brown can put forward,
10 you know, statements that -- that don't address
11 these fundamental issues of biology; is that there
12 are influences that are beyond science that are
13 helping to influence that.
14      Q   Okay.  So, did I hear correctly that your
15 faith was one factor that leads you to oppose
16 treatment with -- for gender dysphoria with
17 hormones?
18      A   I think that the discussion of why the
19 objections are and where I maintain my concerns is
20 in the area of science and medicine.  To say that I
21 have viewpoints or have ideas that are not based on
22 that, as I said previously, I direct my decisions
23 about clinical care based upon clinical evidence
24 and, yes, there are areas that -- that morality need
25 to dictate where one sets the boundaries of whether

## Page 88

1  they practice medicine.  And in that -- that applies
2  to every single practitioner.  Nobody is immune from
3  that.  Again, that's, I think, I believe, where that
4  conversation went when we began, different members,
5  and I think that if I were to make a similar
6  statement about Dr. Spack's comment, I would say the
7  same thing about him; that there were things in that
8  discussion that were made by colleagues in that room
9  that reflected the same level of consideration
10 within that context.  It was a very fruitful
11 discussion from that standpoint, but I think we were
12 very well, as I said earlier, to distinguish what
13 was science and what was not.  And I think that
14 that's where we want to maintain the discussion.
15      Q   But I still need to get clarity on -- did
16 you or did you not tell Dr. Spack that faith was --
17 you did have a faith-based objection to hormone
18 therapy for gender dysphoria?
19      A   I don't remember the exact words that were
20 used, but I believe the discussion had to do with
21 the bigger understanding of what sexuality is in
22 that conversation.
23      Q   Do you have a faith-based objection to
24 providing hormone therapy to treat gender dysphoria?
25      A   I have a scientific concern about what is

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

Page 89

```
1    being put forward as an optimal therapy for
2    individuals that have gender dysphoria and that is
3    the area that I think needs to be addressed.
4        Q   I understand.  But do you, separate and
5    apart from that, have a faith-based objection to
6    providing hormone therapy for individuals with
7    gender dysphoria?
8        A   I would say that you'd have to ask that
9    question of how it's being proposed to be put
10   forward for the treatment of individuals.  And I've
11   discussed this.  In fact, my whole discussion in
12   that article about the concept of totality is an
13   ethical objection that relates to what is being
14   proposed to being put forward, so there is certainly
15   an ethical understanding of the application and it
16   has much to do with -- actually, has everything to
17   do with what's in the best interest of the
18   individual.
19       Q   But I'm still asking about, Do you have a
20   faith-based objection to providing hormone therapy
21   to people with gender dysphoria to treat gender
22   dysphoria, cross-gender hormones?
23       A   It is a scientific concern about what is
24   being put forward, with the goal, everything that I
25   do in medicine is geared toward what is in the best
```

Page 90

```
1    interest and for the best outcome for that
2    individual.  And the objection that I -- or the
3    concern that I have about what is being put forward
4    is that there is no scientific evidence to base what
5    is -- was being put forward as definitive answers to
6    this particular problem.
7        Q   I understand that, but I still am not
8    getting an answer.  Do you have a faith-based
9    objection, apart from your scientific reasoning, to
10   object to transition-related care for gender
11   dysphoria?
12       A   Are you asking the question about whether
13   I dichotomize faith and reason and lead them as
14   separate domains or are considered together?
15       Q   That's not my question.  Do you have a
16   faith view on whether transition-related care is
17   appropriate or --
18       A   As I understand your question, that is --
19   again, you can clarify for me, but that -- the way
20   the question is being asked is that is there a
21   separation, because you're asking a question about
22   theology, when I'm testifying as a physician
23   scientist, and I will say that faith and reason
24   address different domains.  They are ultimately
25   directed toward truth and to the extent that they're
```

Page 91

```
1    not contradictory, they provide different dimensions
2    to both domains.  So that -- what you're trying -- I
3    understand the question is that am I able to make
4    decisions that disassociate the factual basis of
5    science from faith-based issues.  And they are, as I
6    see this, is that they are complementary.  They
7    address different domains.  And to the extent the
8    science drives the question, and that the science is
9    not a contradiction to, at least as I see it, to
10   anything that I hold to a matter of faith, that the
11   science itself should answer the question as it's
12   competent to do so.  And from a faith-based
13   perspective, having the understanding that that
14   science is not going to be in contradiction to any
15   faith-based statements that might be made.  That's
16   where my domain as a scientist and physician is very
17   relevant and able -- I'm able to practice in a way
18   that can focus on the science without even having to
19   invoke any personal views that I have related to
20   faith.
21       Q   I understand.  But, again, I'm still
22   asking:  Do you hold any personal views, faith-based
23   views, about the appropriateness of
24   transition-related care, about treating -- about
25   gender transition?
```

Page 92

```
1        A   And I'm not trying to be at all evasive.
2    I'm trying to answer the question because you're
3    asking me whether I am driving my decisions based on
4    faith.
5        Q   I didn't ask you that.  I just asked if
6    you had faith-based views about gender transition.
7        A   I have faith-based views about what sex is
8    beyond science and it's not in contradiction to what
9    I hold from a scientific standpoint and what is
10   driving my decisions about clinical care is the
11   science, not the faith.
12       Q   So you have faith-based views that are
13   consistent with your scientific-based views?
14       A   They are different domains.  They are
15   different disciplines.  They address different
16   issues.  And they are not in conflict with that, but
17   I think that the discussion about faith is
18   irrelevant to the question of what is the best
19   medical practice, because this relationship between
20   faith and reason, between what the science can
21   answer and what science cannot answer, is not in
22   contradiction.
23       Q   So, if faith is not relevant, why did that
24   get brought up in the conversation with Dr. Spack?
25       A   I didn't say it was irrelevant.  I said
```

## Page 93

1  that it was not -- not the driving decision-making
2  factor, being honest about -- to the extent that
3  they're not in contradiction and that that came up
4  in the topic of conversation, at the end of the day,
5  my recollection of this meeting was not that I
6  objected or that anyone in the room objected on the
7  basis of faith-based reasons.  It was solely based
8  upon the objections from the lack of scientific
9  information.
10      Q    Okay.  Can we turn to Page 665 of the same
11  article?  Oh, thank you for reminding me.  Let's
12  take a break.  This is a fine breaking point.
13  Sorry.
14          (Break Taken.)
15      Q    Let's go back on.  Returning to your
16  article, The Use of cross-sex Steroids in Gender
17  Dysphoria, Exhibit 2, if you can turn to Page 665.
18  And I'm going to read a passage that I have some
19  questions about, under the heading, Biological Sex
20  and Anthropology.  Okay.  If you'll read along with
21  me; Before exploring the medical aspects of cross
22  hormone administration, consideration of the basic
23  biology of human sexuality exposes a violent
24  distortion of fundamental anthropological principles
25  in the new gender mentality.  Reproduction is the

## Page 94

1  primary purpose of sex, not just in humans but also
2  across the entire animal kingdom.  It is objectively
3  irrational to accommodate contrary thinking by
4  rejecting a male or female body that is fully
5  competent with respect to its innate reproductive
6  purpose.  Cross sex hormones, by their very nature,
7  render an individual incapable of fulfilling the
8  intrinsic biological role of the human body as male
9  or female.  Although potentially reversible after a
10  short-term administration, the effects of cross-sex
11  steroids on fertility are expected to be permanent
12  when treatment is started in children.  The
13  readily-accepted view that reproductive capacity can
14  be disassociated from what it means to be male and
15  female, which has grown from the seeds of, quote,
16  biological mutiny, closed quote, that began with the
17  acceptance of contraception as a solution to
18  difficult social circumstances must be held to close
19  scrutiny in assessing the morality of cross-sex
20  steroid use.  Okay.  My first question:  What do you
21  mean by it is objectively irrational to reject a
22  male or female body that is fully competent with
23  respect to its innate reproductive purpose?
24      A    Similar to what we've previously
25  discussed, I think to make the claim that male and

## Page 95

1  female does not mean what male and female means is
2  an irrational statement.  When you reject or try to
3  re-define what maleness is from a biological
4  standpoint, or femaleness is, that is the error that
5  is being made there.
6      Q    What do you mean by the term "biological
7  mutiny"?
8      A    I think it's a rejection of basic
9  biological facts.  So the arguments that are put
10  forward from the ideological perspective and the
11  non-scientific realm, you know, the attempt that
12  I've made, many times, is to understand the logical
13  thinking that's involved, or I should say illogical
14  thinking that's involved in there, that were put
15  forward statements trying to conflate or distort
16  what we mean by sex.  And including statements that
17  are made that gender is sex.  It is -- the only
18  potential explanation that I've been able to come up
19  with is that that is based upon that rejection of
20  that fundamental understanding of what sex is.
21      Q    Is that a term you coined; biological
22  mutiny, or does it come from some other context?
23      A    You know, when I wrote that, it was put in
24  quotes because I remember hearing it somewhere.  I
25  couldn't cite anybody in particular.  That term

## Page 96

1  seemed to ring a bell; as far as it's the rejection
2  of what's obviously true, from a scientific
3  biological perspective, and that's the basis that
4  allows one to put forward an ideology that -- that
5  basically says that you can define sex as any way
6  that you'd like.
7      Q    When did you first come to consider
8  transition-affirming treatment to be, quote,
9  biological mutiny?
10      A    I can't define a particular time that I
11  did this.  I think, as I served as an expert witness
12  in earlier cases, was to the extent that I had seen
13  statements made by other so-called experts that were
14  starting to make these claims that reproductive
15  capacity had nothing to do with sex; that it could
16  be defined in all of these other ways that reached
17  the level that I would put in the strong term of
18  mutiny to be able to come to that conclusion.  I
19  think it was probably in the context of my serving
20  as an expert witness in seeing other people putting
21  forward this ideology that began to seem so contrary
22  to what we understand from a scientific perspective.
23      Q    So you point to contraception as an
24  example of biological mutiny.  Can you explain that?
25      A    So, the ability to separate out the

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

1  that are providing that, that is correct.  They're
2  denying the biological reality that's there and it's
3  evidenced by the statements that they've made.
4      Q  Who -- I'm sorry, go ahead.
5      A  Well, in some of the cases that I -- if
6  you look at the declarations, for example, Deanna
7  Adkins and her declarations specifically says that
8  gender is sex.  That is a statement that she has
9  made.  And she says that the chromosomes and
10  hormones are irrelevant to what one's sex is.
11  That's a statement that's being made.  And I
12  think -- I haven't told everyone that's providing
13  this care, but I know there are more than a few that
14  are forgetting the biological reality of what
15  they're doing.
16      Q  So, is it fair to say, then, if there were
17  studies that meet the standards that you believe are
18  appropriate and they demonstrated the safety and
19  effectiveness of cross-sex hormone treatment for
20  gender dysphoria and the long-term safety and
21  effectiveness, you wouldn't disapprove of that
22  treatment?  You would support it?
23      A  I think that that's what we're all --
24  we're all after the answer of how we -- we
25  recognize, you know, that these individuals that

1  have gender dysphoria are troubled.  They have poor
2  outcomes.  You know, all the things that go along
3  with it.  And I think we all share the same goal of
4  alleviating that dysphoria, preventing all of the
5  consequences there, and to the extent that you
6  desire that we validate this, that's what we're all
7  about.  That's what we do as physician -- physicians
8  and scientists.  So that if that was the outcome
9  that was definitively established, then -- then I
10  think that we would accomplish the goal and I think,
11  in the context of this ethics paper, that's exactly
12  what I'm saying.  The objection is that we don't
13  have that data to make the intervention and we have
14  reasons to believe that that is unlikely that that's
15  going to be the answer.  But that's a big "if" that
16  you propose, but if that's what the science shows,
17  you've got to follow the science.
18      Q  Okay.  I'd like to talk a little about the
19  transgender clinic that you mentioned at St. Louis
20  Children's Hospital.  Am I right that that opened
21  last fall?
22      A  Yes.
23      Q  Okay.  It's called the Washington
24  University Transgender Center at St. Louis
25  Children's Hospital?

1      A  Yes.
2      Q  And that's within the pediatric
3  endocrinology clinic where you work?
4      A  It's jointly with the adolescent medicine
5  and pediatric endocrinology.
6      Q  Both?
7      A  Yes.
8      Q  I think you mentioned the idea for
9  creating that clinic was proposed about six or seven
10  years ago?
11      A  That's correct.
12      Q  Who proposed that idea?
13      A  There was two of the endocrinologists,
14  Dr. Hollander and Dr. Lewis.  Dr. Lewis, a fellow --
15  actually, I'm trying to think back then.  I believe
16  he was still on board there when this came on board.
17  Initial discussions were Dr. Hollander and
18  Dr. Lewis.
19      Q  And you were the chief of pediatric
20  endocrinology at the time?
21      A  Yes.
22      Q  And I understand you talked earlier about
23  reviewing the research when this proposal was
24  presented, and do I understand that you came to the
25  conclusion that the transgender clinic was not -- at

1  least what they had in mind was not in the best of
2  interest of patients?
3      A  That is correct.
4      Q  And did you let officials at the
5  university know that was your view?
6      A  We had ongoing conversations over an
7  extended period of time about that, yes.
8      Q  And was that with the head of pediatrics?
9  Was he included?
10      A  So, it was with the vice president of
11  Children's Hospital.  It was with the chairman of
12  pediatrics.  It was with some of the other
13  colleagues in the endocrine division, that is
14  correct.
15      Q  Who made the decision to approve the
16  center?
17      A  It goes through a number of different
18  channels, so ultimately it came from the university
19  and Children's Hospital as a whole.
20      Q  Okay.  What's your understanding of why
21  they approved it over your objection?
22      A  I don't have a definitive answer of that.
23  I have only speculation.
24      Q  What's your speculation?
25      A  I think that some of the people that were

1     advocating for that, those that have not read the
2     literature as extensively as I have, including
3     Dr. Lewis and Dr. Hollander, in their -- like all
4     physicians, they believe that they are doing the
5     best thing.  I think the elements of the hospital
6     itself is to position themselves in an area of being
7     cutting edge and not contradicting the push that's
8     going on across the country to offer these services.
9     There are certainly financial incentives, PR
10    incentives, and medical incentives, and they're all
11    mixed together.  I think the people that are
12    directly involved in the care are doing this with
13    the belief that they're actually doing good.
14       Q   And your opposition to the formation of
15    the Transgender Center at Wash U was one factor that
16    contributed to stepping down as chief, is that
17    right?
18       A   It was one factor.  There are many other
19    factors that were probably predominant.  It was a
20    significant factor, but it wasn't the sole reason.
21    I'm a physician scientist and I have a very exciting
22    drug discovery program that I'm involved in right
23    now that's generating much more of my time.  We had
24    a transition of leadership from chairmen and deans
25    and now we have a new chancellor as well.  So there

1     are different directions that were taken at the
2     university level.  There were, you know, assessing,
3     after doing this role for five years, of what I
4     enjoyed about my clinical practice in the scientific
5     realm versus the administrative realm versus my
6     teaching roles that I have.  In my clinical care,
7     you know, became more and more apparent that I would
8     find more fulfillment in the other areas of my
9     professional activity.
10       Q   Were you asked to step down?
11       A   We had a discussion about what was best,
12    you know, for my own career, where my own interests
13    were and where the goals of the division -- since
14    our new chairman came on board, more than half of
15    the division chiefs have turned over.  I think it's
16    a desire by the current chief to be able to frame
17    the department of pediatrics in the mold with the
18    priorities that he has set forth for himself.  I
19    will say that the tenure that I have as chief
20    parallels the last four division chiefs.  It's a
21    very demanding job.  It's a service role that we
22    undertake.  I never signed up to be a physician to
23    be an administrator and so, in the end, you know,
24    this was something that made sense, to be able to
25    transition that leadership.

1       Q   So, someone did ask you to step down, is
2    that right?
3       A   We had a conversation about what was in
4    the best interest of my own professional career and
5    the department of pediatrics and the decision was
6    made to be able to transition that.
7       Q   So it was just your decision, it was not a
8    decision by the other folks in the department or the
9    hospital?
10       A   It was -- the decision was made in
11    conversation with the new department chair, did not
12    involve any of the other faculty and so -- but yeah.
13       Q   And, in those conversations, did the issue
14    of the Transgender Center come up as part of the
15    issues supporting you stepping down?
16       A   Yes.
17       Q   Anything else related to that?  Any
18    complaints about you by patients or other
19    professionals at the hospital?
20       A   No.
21       Q   And I understand the Wash U Transgender
22    Center has adopted the Endocrine Society Guidelines
23    and the WPATH Standards of Care for treatment of
24    gender dysphoria, is that your understanding?
25       A   They're modeling the care that they

1     deliver based upon the guidelines that were put
2     forward by the Endocrine Society, correct.
3       Q   Okay.  All right.  And the center, the
4    Transgender Center, offers mental health counseling,
5    puberty blockers, and cross-sex hormones to
6    patients, is that right?
7       A   If you're getting that from the website,
8    there are many components of what they're offering,
9    but that is many of the major components of what
10    they're offering, yes.
11       Q   That's included among them?
12       A   Yes.
13       Q   And the doctors at the Washington
14    University Transgender Center include colleagues of
15    yours within the department of endocrinology, is
16    that right?
17       A   Again, Dr. Hollander is in the process of
18    retiring, Dr. Lewis graduated from his fellowship,
19    assumed the leadership of that since six months into his
20    faculty career.  And there are a handful of
21    physicians that assist in that endeavor.  When I had
22    private discussions with -- with the faculty in my
23    division, there were varying levels of support or
24    discomfort in what was being put forward.  Half of
25    my faculty didn't want anything to do with it for

Page 133

1    A   I don't know.
2    Q   Okay.  Does the Transgender Center help
3  patients get medical insurance coverage for hormone
4  therapy for treatment of gender dysphoria?
5    A   To the extent I'm aware, because I don't
6  directly participate in that clinic, I know that at
7  the time that I was involved in this, I know that
8  there were efforts specifically for pubertal
9  blockade to be able to get that approved and
10 routinely these were being denied at the time that I
11 was involved in that care.  And the basis for that
12 was that it was not FDA approved for that indication
13 and generally the -- they were trying to petition
14 the insurance companies to provide that care.
15   Q   Okay.  In your view -- that was before the
16 Endocrine Society Guidelines came out, is that
17 right; those insurance denials?
18   A   That's not correct.  The first guidelines
19 came out in 2009.  The revised guidelines came out
20 last year.  So they were already out at that point
21 in time.
22   Q   Okay.  The revised guidelines are the
23 guidelines, right, that address puberty blockers and
24 other hormone treatments for individuals with gender
25 dysphoria, is that right?

Page 135

1    Q   Okay.  I think we touched on this earlier,
2  but I'm not sure I asked this specific question.
3  So, in -- when you're treating patients for the
4  various endocrine conditions you treat, you've had
5  patients -- one or more patients indicate gender
6  identity issues, is that right, relating to gender
7  dysphoria?
8    A   Gender identity issues, yes.
9    Q   Okay.  And this is putting aside the young
10 people in the DSD Clinic, we were -- right?  I think
11 we talked about distinguishing between the folks
12 with DSDs and folks who don't have DSDs.
13   A   Well, distinguishing people that have
14 normally formed and functioning primary and
15 secondary sexual organs that have issues with
16 gender, yes.
17   Q   So you've had patients that you were
18 seeing for other conditions that -- where that has
19 come up?
20   A   Not directly, but as we talked about
21 before, yes.  I mean, not in being asked to make a
22 diagnosis of gender dysphoria.  Not even being asked
23 to refer them to anywhere else, where either the
24 patient or the parent will express, you know,
25 questions, about their development going on, how

Page 134

1    A   I think both guidelines had elements of
2  that.  It's interesting, as you look at the
3  evolution of the text that was used, some of the
4  areas, the discussion of the 2009 versus the 2017
5  guidelines, they have reflected some of the
6  discussion that's gone forward as far as putting
7  this forward as being safe and effective and fully
8  reversible in a way with -- I'm more familiar, you
9  know, the issue of social affirmation was one area
10 in the 2009 guidelines that were cautioned against
11 because of the desistence rates.  That was moderated
12 in the 2017 guidelines and without any new
13 scientific evidence, actually, to support that.  It
14 was one of many areas that I've looked at in looking
15 at the data that's put forward.  The area of
16 pubertal blockade has never been studied in a
17 scientific manner.  It's not approved by the FDA for
18 treatment of gender dysphoria and that was true in
19 2009 and is true today.
20   Q   Okay.  So, in your view, the care that's
21 being provided at the Transgender Center at
22 Washington University is not in the best interest of
23 the patients affected?
24   A   With the information that we have
25 currently, yes.

Page 136

1  they like to dress, how they like to appear, trying
2  to explore whether some of the issues of depression
3  that they're experiencing are relating to that or
4  other issues, in that context, yes.
5    Q   That has come up with patients?
6    A   Yes.
7    Q   And what -- do you refer those patients to
8  the Transgender Center?
9    A   No, I generally refer them to our
10 psychologist who -- actually, there's been turnover
11 of the psychologists that's been participating in
12 that clinic, and I'm not directly involved, but I
13 had a very valued colleague that we used to refer to
14 that I think provided for any of the patients that
15 had any psychological issues.  And we struggled with
16 getting adequate psychological support across the
17 board for many different conditions.  I know for a
18 while, when we were without a psychologist, you
19 know, in trying to -- for a period of time and I
20 think, again, I don't stay involved right now, I do
21 know that patients that need to have psychological
22 care have a waiting list of six to nine months and
23 I'm often referring them to outside psychologists,
24 school counselors, and things like that, to provide
25 guidance in all of the psychological issues that

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                      Fax: 314.644.1334

## Page 157

1    A   Mark Regnerus and I think that was all
2  that were kind of rounding out --
3    Q   So they were all at the second meeting
4  making these presentations?
5    A   Correct.
6    Q   And you presented on endocrinology?
7    A   On the pubertal blockade issue.
8    Q   Is this helping you remember anyone else
9  who was there and presented?
10   A   What you've said, yes.
11   Q   You think that's everybody?
12   A   Probably not, but certainly rounding it
13  out.
14   Q   Did Walt Heyer present --
15   A   He did.
16   Q   -- about his own experience?
17   A   Yes.
18       MS. COOPER:  Okay.  I think this is a good
19  time to break.  Let's go off the record.
20           (Break Taken.)
21   Q   (By Ms. Cooper) Okay.  Just a few
22  questions on the etiology of gender dysphoria or
23  being transgender.  Do I understand that your view,
24  or your opinion, is that the scientific community
25  does not yet know what causes someone to have a

## Page 158

1  gender identity that is different than their sex
2  assigned at birth?
3    A   That's correct.
4    Q   Genetics may play a contributing factor
5  but we don't know yet?
6    A   I think all of the available evidence
7  suggests that it's multifactorial.
8    Q   Including genetic and what else?
9    A   Environmental.
10   Q   Environmental.  Is there another factor?
11   A   Well, there's all sorts -- no, I mean, I
12  think there's lots -- so, there's evidence for
13  genetic contribution.  There's evidence for
14  environmental contribution.  There's some hypotheses
15  about hormonal influences.  And the important thing
16  is that any one individual, the contributing factors
17  may very well differ.
18   Q   Okay.  What treatment do you consider
19  appropriate for adults with gender dysphoria?
20   A   So, as far as the -- maybe you can define
21  better for me what you mean by treatments so we're
22  talking about the same thing.
23   Q   Medical treatments or any -- well, let
24  me -- I didn't think that was a confusing term.  So
25  let me think about a different way to ask it, if it

## Page 159

1  was confusing to you.  Within the medical or mental
2  health fields, are there appropriate treatments for
3  gender dysphoria, in your view, for adults?
4    A   Yeah, so I -- again, I guess I was -- the
5  question I had more is what is the goal of the
6  intervention that you're proposing and in defining
7  it as preventing suicide, preventing -- defining it
8  as alleviating dysphoria, you know, there's all
9  sorts of ways to define what is successful.  You
10  have to have in mind what the outcome is that you
11  desire.
12   Q   Let's say alleviating the dysphoria is the
13  goal.  What do you think is appropriate?
14   A   Well, certainly, the individuals that are
15  affected with gender dysphoria are very well-known
16  to have a number of psychosocial morbidities.  And
17  with the goal of alleviating depression, I mentioned
18  these before; depression, anxiety, eating disorders,
19  increased rate of sexually transmitted diseases,
20  homelessness, you know, all of the different
21  components of that, the therapies that are
22  available, and there is clear data available in the
23  psychiatric, you know, community about how to
24  address some of those issues.  Some of them are not
25  medical.  Some of them are sociological.  And, you

## Page 160

1  know, as far as -- and, again, treatment implies,
2  you know, that you have an outcome.  Intervention
3  means you do something.  So, you know, what is the
4  category of what can be done to alleviate the
5  dysphoria?  But there's a caveat to that; that you
6  can have a short-term solution that has a long-term
7  consequence that's adverse.  So that if you are
8  proposing to alleviate dysphoria, but you don't
9  identify what the underlying factors are, you may
10  alleviate the discomfort but not solve the
11  underlying other factors that are leading to the
12  psychosocial morbidity.  I'm a pediatric
13  endocrinologist.  I specialize in hormones.  The
14  psychological we've already discussed as far as the
15  psychological treatments that I -- and the problems
16  that I encounter frequently in my practice, so the
17  answer is that we don't have a clear answer.  We
18  have clear things that can be done to make the
19  situation better.  And I think that there's general
20  agreement that one needs to approach the depression
21  itself and all these other things, anxiety, all the
22  other things going on.  And I do believe that that
23  key to success is respecting human dignity,
24  recognizing that these individuals are suffering,
25  and focusing the intervention that you're proposing

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

Page 161

1   with the shared goal to achieve that goal.  And I
2   think that the answer is not there.  I think that we
3   can do things while we're searching for the
4   etiology.  We can do things while we're searching
5   for more effective therapies.  And I think they fall
6   within the mainstream of general practice of
7   medicine.  And it's in the realm more of psychiatry
8   and psychology and it's not making any judgment on
9   the individual.  It's not making any definitive
10  statement about, you know, what the desired outcome
11  would be as far as desistance or persistence.  It's
12  more, you know, with the goal of alleviating that
13  discomfort in a way that's truly helpful for that
14  individual.
15      Q   Let's unpack that a little because that
16  was a lot.  Do I understand that you don't believe
17  that hormone therapy for adults is appropriate as an
18  intervention for gender dysphoria?
19      A   I state that the scientific evidence does
20  not give us a clear answer one way or the other and
21  the existing evidence leads one to question whether
22  it is the right approach.
23      Q   So, based on that, you do not consider
24  that treatment through hormone therapy to be
25  appropriate?

Page 162

1       A   I believe it's a topic that needs to be
2   investigated in the context of a scientific study.
3       Q   But, until then, you do not consider it to
4   be appropriate treatment?
5       A   The whole basis as to why I'm not
6   participating in the Transgender Clinic at
7   Children's Hospital is based upon that conclusion.
8       Q   Right.  I understand that that -- that's
9   about treatment of children, but is it the same view
10  with respect to treatment of adults with gender
11  dysphoria?
12      A   The same concerns do apply to adults.  The
13  way the trials -- and with the exception of,
14  perhaps, pubertal blockade, so I think there are
15  shared concerns about the scientific evidence in
16  adults as well.
17      Q   So, you believe that until we have a clear
18  answer, I think was the way you put it, about what
19  treatments are effective, we can do psychological
20  counseling, is that right?
21      A   Again, you know, the issue of belief is
22  a -- I'm looking at the science.  Okay.  So I am
23  stating that there's not evidence here that tells us
24  that the intervention that we're doing has a
25  long-term benefit for these affected individuals.

Page 163

1       Q   Hormone therapy?
2       A   Well, yes, hormone therapy.  And there is
3   emerging data about risks associated with that and
4   when one does a proper risk-benefit analysis, it is
5   not strong enough to make -- I think that if it is
6   the right way to go, if the science shows that, you
7   know, once we have the scientific studies available,
8   we'll have more information about that and be able
9   to better judge the long-term adverse effects of
10  this intervention.
11      Q   In the -- you wrote a report in the Adams
12  case as well, an expert declaration, I should say,
13  correct?
14      A   Yes.
15      Q   And I'm happy to show it to you if we need
16  to, but in that case, you said you favored
17  dignity-affirming care that maintains, quote,
18  biological reality.
19      A   Yes.
20      Q   Is that correct?  Can you tell me what
21  that means?
22      A   We've already discussed that.  Biological
23  reality of maintaining what it means to be male and
24  female and addressing that in accord with that.
25      Q   So, would -- could cross-sex hormone

Page 164

1   therapy ever maintain biological reality?  Could
2   that ever be a treatment that maintains biological
3   reality?
4       A   So it's a complicated question and I know
5   you didn't intend it to be complicated, but the
6   reason why it's complicated is that the intervention
7   itself, you know, is a technical issue of achieving
8   a cosmetic result.  We know what we do when we give
9   hormones, what it's going to do to change the
10  outward appearance.  We don't understand what the
11  basis is, you know, if we understand that there's a
12  biological component that can be significantly
13  impacted or reversed or treated or whatever, you
14  know, once -- it's a "what if," because we don't
15  know what it is.  If hormones address that
16  fundamental etiology, then yes.  But we don't have
17  that information about what that is.  So it's
18  theoretically possible that hormones may have an
19  answer.  There's evidence right now that questions
20  that as far as how well people are doing.  And it
21  may be that the -- and I think that in the whole
22  area, to make blanket statements about this is off
23  the table or this is on the table, I think is in
24  error.  What we need to do is really look at the
25  evidence.  And I think there's not enough evidence

Page 165

1  to say that this is established and it is absolutely
2  necessary.
3        Q    And, to be clear, there isn't evidence
4  that establishes that any form of intervention for
5  gender dysphoria is effective long term or short
6  term, is that right?
7        A    No, there's actually -- there is evidence,
8  with limitations in the short run, that dysphoria is
9  actually alleviated, but there's not in the long
10 term that it provides a long-term solution.  There's
11 problems with all of the studies.
12        Q    Just to be clear, and maybe I wasn't clear
13 in my question, so there's evidence showing that
14 hormone therapy is effective in the short term to
15 alleviate dysphoria but not in the long term, is
16 that correct?
17        A    There is poor quality evidence that does
18 show that, yes.
19        Q    Okay.  And then switching away from
20 hormone therapy and just focusing on psychological
21 counseling and treatment that does not involve
22 hormone therapy, is there evidence demonstrating
23 short-term or long-term effectiveness of that to
24 alleviate gender dysphoria?
25        A    There's poor quality short-term evidence

Page 166

1  that suggests that and we know this and we're
2  drawing parallels to other known psychiatric
3  conditions.  We know that counseling does help
4  people with depression.  We do know that medications
5  help people with depression.  We do have an arsenal
6  of medications that are available in the area of
7  anxiety.  We do have behavioral strategies that are
8  available in dealing with compulsions and people
9  that are involved in risky behaviors.  We do have
10 therapies that are available to -- that have been
11 put forward to mitigate the risks of somebody
12 engaging in something that's going to allow them to
13 get a sexually transmitted disease.  The list goes
14 on and on of things that we have.  Are they studied
15 in a randomized controlled manner in a gender
16 dysphoric population versus are we looking at data
17 that's out there from other patient populations,
18 other psychiatric issues that aren't receiving the
19 attention that we're discussing now in gender
20 dysphoria, where we equally don't have the answer,
21 you know, as far as what the etiology is?  You have
22 to engage in psychological approaches to improve the
23 life of these people without having that data.
24        Q    And without focusing specifically on sort
25 of depression, anxiety, and other conditions that

Page 167

1  may be comorbidities, right, with gender dysphoria,
2  is there any evidence demonstrating the
3  effectiveness of counseling to successfully
4  alleviate the gender dysphoria itself, in adults?
5        A    So, all of the data I've looked at has not
6  been done in a manner that will actually demonstrate
7  that whatever the intervention that they're putting
8  forward was the result of that intervention.
9  There's a very well-known phenomenon of the study
10 effect.  And if you bring somebody into a study and
11 if you don't have it controlled and you don't have
12 it randomized, that you see benefit just by the fact
13 of being within the study itself.  There are
14 certainly parallels that we can acknowledge, you
15 know, the question of social affirmation, for
16 example, you know, that, again, I'm going to draw my
17 experience as a pediatric endocrinologist during
18 development.  And there are many things that are
19 uncomfortable about being an adolescent and going
20 through puberty.  And if you remove some of those
21 things that are uncomfortable, you may actually
22 alleviate the discomfort, but you haven't allowed
23 the child to develop normally.  I think you can
24 apply that to adults as well.  When people have
25 desires that are creating discomfort and you give in

Page 168

1  to those desires, and we can draw parallels in other
2  diseases as well, where if that is the desired goal,
3  then they feel better, but you haven't addressed the
4  underlying issue and in many other of those
5  situations there, you have much worse medical
6  problems or you haven't solved the problem, so you
7  have other issues.
8        Q    So, is it fair to say we don't have
9  evidence that demonstrates the long-term
10 effectiveness of hormone therapy to treat gender
11 dysphoria and we don't have evidence to demonstrate
12 the long-term effectiveness of counseling to
13 alleviate gender dysphoria?
14        A    I would say we have evidence that raises
15 concern that we haven't fixed the problem.
16        Q    But, do we have evidence demonstrating the
17 long-term effectiveness of any treatment for gender
18 dysphoria?
19        A    We have evidence to the contrary.
20        Q    So we don't have evidence demonstrating
21 long-term effect?
22        A    We have evidence to the contrary.
23        Q    Evidence demonstrating lack of long-term
24 effectiveness of any measure?
25        A    Not only neutral effect but actually

Page 169

1    persistence of suicidal end points.
2        Q    And, similarly, for counseling alone, we
3    have evidence demonstrating that that does not
4    provide a long-term effective solution?
5        A    The only data that we have is looking at
6    the protocol that is put forward that includes
7    hormonal therapy and surgery and looking at what the
8    long-term outcome is.  It wasn't a prospective
9    trial.  It wasn't controlled.  Cannot tell you what
10   the therapy itself did.  All I can say is it didn't
11   fix the problem.
12       Q    And we don't have those prospective
13   controlled studies on treatment through
14   counseling -- treatment of gender dysphoria through
15   counseling?
16       A    Not in the means that we need, no.
17       Q    We don't know if that works either?
18       A    We do know that there is benefit, but we
19   don't have that long-term data, no, the trials have
20   not been done.
21       Q    Okay.  Now, I know you've talked about
22   three treatment approaches for at least children or
23   pediatric populations of gender dysphoria, and tell
24   me if I'm summarizing accurately; conversion or
25   reparative therapy to encourage children to identify

Page 170

1    with their biological sex; neutral approach of
2    neither encouraging nor discouraging transgender
3    identification; and affirming approach to encourage
4    children to embrace a transgender identity with
5    social transition and hormone therapy.  Did I
6    accurately describe --
7        A    Those are the three things that have been
8    discussed in this area, correct.
9        Q    And do you consider conversion or
10   reparative therapy to encourage children to identify
11   with their biological sex to be the best option of
12   those three for children?
13       A    I don't like the term "conversion therapy"
14   because I think it's inaccurate as far as what it's
15   conveying and it's loaded with things that really
16   aren't true about what the goal is.  But I would say
17   that, from a very objective standpoint, that what --
18   what is being put forward with people that have
19   persistence of gender dysphoria that engage in
20   pubertal blockade followed by cross-sex hormones,
21   with or without surgery, are dependent upon medical
22   interventions for the rest of their life and there
23   are known risks associated with that.  For
24   individuals that have desistence and realign their
25   gender identity with their sex, that do not get

Page 171

1    placed on cross-sex hormones, they're not exposed to
2    those medical risks.  I think anybody objectively
3    looking at that, if you compare those two scenarios,
4    provided that the outcomes are the same, or if you
5    look at it objectively, that not being dependent on
6    the medical establishment, not being exposed to
7    risks of the therapy would be a better outcome.
8    That's just an objective statement.
9        Q    Fair to say you don't like the term
10   "conversion" or "reparative therapy," but you're
11   talking about therapy that would help children
12   identify with their biological sex?  That would be
13   your preferred course?
14       A    I would say the goal and intent there
15   would be to look at that as realignment of identity
16   with biological sex would be, if that's the desired
17   outcome, that's what people refer to as conversion
18   therapy, yes.
19       Q    That's your view of what the best
20   treatment is for children with gender dysphoria?
21       A    If you're comparing exposing somebody to
22   medications that have risks to those that are not
23   exposed, and that's the only difference between the
24   two groups, it is beneficial not to have the risks.
25       Q    Okay.  So let's switch gears to adults.

Page 172

1    Do you favor, for adults, treatment aimed at
2    encouraging adults with gender dysphoria to identify
3    with their -- or to align their gender identity with
4    their biological sex?
5        A    So if I understand your question
6    correctly, there is a clear difference between
7    pediatric patients and adults as far as the
8    incidence of realignment of their identity with
9    their sex.  It's much lower in adults.  And so,
10   defining the goal, the goal in both pediatric and
11   adult patients is to prevent long-term morbidity,
12   and you could say short-term morbidity, period.  We
13   don't want people committing suicide.  We don't want
14   people having all of the morbidity that occurs.
15   That is the goal of treatment.  How you achieve that
16   is, I mean, the questions that are there are present
17   both in the pediatric and the adult population.  The
18   population is different.  I mentioned that being a
19   multifactorial disorder.  And if you have 80,
20   90 percent of the pre-pubertal children having, or
21   pubertal children, have desistance, those that
22   persist may very well have different etiologies.  So
23   if you recognize, like we do in other areas of
24   medicine, if there's a multifactorial disorder that
25   has not only differing etiologies but the

ALARIS LITIGATION SERVICES
www.alaris.us                 Phone: 1.800.280.3376                 Fax: 314.644.1334

Page 173

1  contributing factors differ from one individual to
2  another, both in magnitude and actuality, that your
3  approach to treatment may differ based on that until
4  we have information about what those factors are and
5  how they respond, we're never going to get an
6  answer.
7      Q   So, for adults that have persisted and
8  they're well past puberty and maintain a
9  cross-gender identification, transgender
10  identification, I'm still trying to understand what
11  you consider appropriate interventions, if any, for
12  that population of patients.
13      A   I would say that we don't have the
14  definitive answer of what the therapy is and that
15  it's a topic of research, and any patient that is
16  enrolled in any intervention should be under the
17  auspices of an IRB with a carefully controlled trial
18  that's going to help allow us to get that
19  information.
20      Q   What's an IRB?
21      A   Institutional Review Board.
22      Q   So, sitting here now, you couldn't say the
23  appropriate treatment for adults with gender
24  dysphoria includes counseling to alleviate the -- or
25  to align the gender identity with the sex assigned

Page 174

1  at birth?
2      A   I think most professionals say it includes
3  that, but if that's the sole response or the extent
4  that hormone therapy, you know, is a part of that
5  therapy, the answer is not there.
6      Q   I'm going to ask it different because I'm
7  not sure I understood the answer there.  Is your
8  view that there's just no known intervention or
9  treatment that is effective to treat adults with
10  gender dysphoria at this point?
11      A   It gets back to how you define effective.
12  But there is no data that suggests the intended goal
13  of preventing suicide, long term, you know, the
14  interventions that we have right now, solves that
15  problem.  If the trial had been done in a
16  randomized, controlled manner, you could look at
17  current interventions and say, What is the rate of
18  suicide in the group that received that intervention
19  versus those that didn't?  That's what needs to be
20  there to answer that question.  That data is not
21  there.
22      Q   Is there data on quality of life of people
23  who have had hormone therapy?
24      A   There is.
25      Q   What does that show?

Page 175

1      A   That is, again, looking at whether you're
2  looking at long term or short term.  And the same
3  deficiencies, the same studies that report compared
4  to the background population, as far as quality of
5  life, that they still suffer from many of these
6  other morbidities.  And to the extent that that's
7  put forward that that's social stress versus the
8  underlying difficulty that the person is
9  experiencing has not been rigorously studied in
10  science.
11      Q   So, at this point, given the information
12  that we have from research that's been done, your
13  view is we don't have scientific validation of --
14  that treatment through hormone therapy or surgeries
15  alleviates gender dysphoria in the long term, is
16  that right?
17      A   Yes.
18      Q   Okay.  That being said, is it your view
19  that that's, therefore, an inappropriate treatment
20  to offer adults with gender dysphoria?
21      A   My opinion is that it's inappropriate to
22  present it as a definitive answer when we don't have
23  that answer and that if you're going to offer that
24  intervention, it needs to be known that this is
25  essentially experimental intervention.

Page 176

1      Q   Okay.  So, the intervention that -- is
2  there any kind of intervention you think is
3  appropriate to offer adults with gender dysphoria?
4      A   I think it's very appropriate, that
5  includes everything that we've talked about here, to
6  study that in the scientific realm to see if it
7  actually provides the benefit we're looking at.
8      Q   But right now, before we have additional
9  studies that are not currently available to us, do
10  you think it's appropriate to offer patients with
11  gender dysphoria, who are adults, any particular
12  intervention or treatment?
13      A   Not any particular intervention.  I
14  believe that would be -- they would be best served
15  by approaching this, and, again, what goes on in a
16  clinical trial versus what goes on in a
17  doctor/patient relationship and a patient in the
18  office are two different questions.  The
19  stipulations of the Belmont Report state very
20  clearly there are many things that go on in a
21  doctor/patient relationship where we do therapies
22  that are not proven and the directive there is that
23  when engaging in a situation with a patient in your
24  office, that it is necessary to move beyond that to
25  get that general information.

ALARIS LITIGATION SERVICES
www.alaris.us                 Phone: 1.800.280.3376                 Fax: 314.644.1334

1      Q   So I'm still not understanding what
2   intervention or treatment, if anything, you think is
3   appropriate to offer an adult with gender dysphoria
4   now before we have additional research available.
5      A   I would say that in what I've looked at,
6   because I'm a pediatric endocrinologist, I don't see
7   strong enough evidence that supports the hormonal
8   treatment.  Again, I'm not a surgeon, but I don't
9   see the evidence in the surgical realm as well and I
10  do see benefit of psychological support.  Now,
11  whether that's combined together with those other
12  two interventions, in an investigational role or
13  not, is not the question that should be discussed at
14  this point in time.
15     Q   But, as far as treatment, putting aside
16  investigation and research for treatment, is it your
17  view that psychological support is appropriate to
18  offer, but not hormone therapy and surgery?
19     A   Again, getting back to the question of
20  treatment, what is your goal?  What is the
21  practitioner's intent in engaging that patient
22  that's in their office with the data that's out
23  here?  And, you know, there's -- there's enough
24  concern about the long-term outcomes that I could
25  not recommend hormone therapy knowing that these

1   patients are going to have nearly a 20-fold increase
2   of committing suicide, and the data that I presented
3   in my report showing that, before and after
4   treatment, it doesn't get any better as far as
5   suicidal ideation.  If that is the goal, then
6   there's no -- actually, it would suggest to me that
7   you need to move beyond that.  If your goal is to
8   make the patient feel better in the short run, the
9   interventions themselves will accomplish that goal,
10  but at what cost?
11     Q   Okay.  Do you believe there's evidence
12  demonstrating that the kind of treatment I referred
13  to earlier, to psychological counseling to try to
14  help align someone's gender identity to match their
15  biological sex, that there is evidence that that can
16  be effective or is effective with adults with gender
17  dysphoria?
18     A   I am -- again, because I was -- so I would
19  say that the literature that I am most familiar with
20  is in the area of pediatric patients.  And I think
21  that there's even fewer studies that are done in
22  adults.  In fact, I'm not aware of any studies that
23  actually do this in adults.
24     Q   To look at counseling to align your gender
25  identity with your sex assigned at birth?

1      A   That's correct.
2      Q   You're not aware of any studies that have
3   looked at that?
4      A   No.
5      Q   So whether or not that's an effective
6   treatment is unknown at this point?
7      A   Yes.  And that's why -- that I'm -- when I
8   have discussions with colleagues, you know, defining
9   what the goal is.  I think, in adults, it's
10  reasonable to say the goal is not -- kids, I
11  think there's a reasonable goal to set that if this
12  is a potential outcome in this particular patient,
13  that's a good outcome and that that -- if there's
14  anything we can do to support that.
15     Q   And "that" being align your gender
16  identity?
17     A   Align the gender identity with the sex.
18  Again, the literature that's out there, at least the
19  data that's out there, with a much lower rate of
20  realignment or desistance, because it's so low that
21  we need to redefine what the goal is.  And I think
22  it would be, really, a stretch to put that forward
23  as a primary goal.  I think it would be very
24  reasonable to ask the question, whatever we propose
25  to do for this individual, can we prevent them from

1   committing suicide?  Can we prevent them from having
2   morbidities associated with the condition itself or
3   from any purported interventions?
4      Q   Just to make sure, I think I understood
5   what you were saying.  So you think it would be a
6   stretch to make the goal for an adult with gender
7   dysphoria to realign their gender identity to match
8   their biological sex?
9      A   I think until we understand what the
10  etiology is and have precise tools to distinguish
11  differing etiologies, I think with the current state
12  of knowledge, I wouldn't go there.
13     Q   So you would make the goals more modest to
14  alleviate the depression and other comorbidities, is
15  that right?
16     A   Again, I would say that the rationale
17  that's put forward, to intervene with such strength,
18  is related to suicide.  That should be the No. 1
19  goal.  And then once you've achieved that, and it's
20  related to the other morbidities, the other
21  psychological morbidities, that that should be the
22  secondary goals that we should pursue.
23     Q   Okay.  So you're not out there
24  recommending therapy for adults to try to realign
25  their gender identity with their biological sex?

## Page 193

1  if that intervention is going to be pursued, I would
2  not consider that medically necessary, but a best
3  attempt -- best attempt to do the best in the
4  situation ideally in the setting of a research
5  study.
6      Q    Okay.  So you don't believe that
7  mastectomies for transgender men with gender
8  dysphoria can help alleviate their dysphoria?
9      A    I don't believe there's enough evidence to
10  answer the question and, therefore, to make the
11  statement that it's medically necessary is not
12  supported by the evidence.
13      Q    Okay.  Now, part of the passage I read
14  said there's -- let me just read it again --
15  limitations of the existing medical literature
16  prevent definitive conclusions regarding long-term
17  safety and efficacy.  There's research on long-term
18  safety of mastectomies, right?
19      A    I would challenge that.  As far as --
20  well, so, again, for example, the -- well, the
21  short-term effects, I'm thinking more about.  The
22  long-term effects, the safety relates to -- again,
23  it gets back to the bigger picture of what's being
24  done.  The reason why mastectomy's being done in
25  this particular instance is to prevent suicide and

## Page 194

1  there's not the evidence to suggest or to show that
2  it actually does that.  So safety, when you provide
3  an attempted solution that doesn't provide the care,
4  does that influence the trajectory?  That's the
5  safety issue.  Certainly, you know, you have
6  somebody that has cancer and you're removing that,
7  if you're talking about, again, from an
8  endocrinologist's standpoint, not from a surgeon's
9  standpoint, you know, the risks in the short run of
10  anesthesia, the risks of scarring, of infection, and
11  the other things are all short term.  The long-term
12  safety issue is not from the procedure itself.  It's
13  to the point of what it does to the patient moving
14  forward to address the issues that led to the desire
15  to have that intervention.  That's what I'm
16  referring to in that statement.
17      Q    So that having a mastectomy for a trans
18  man could potentially cause safety problems because
19  what?
20      A    It's the analogy of putting a Band-Aid on
21  a festering wound.  If I say my solution is to put a
22  Band-Aid over something that is infected and I
23  pretend like that it solved the problem and it
24  hasn't and it continues to eat away and lead to an
25  amputation, that's not good medicine.

## Page 195

1      Q    Okay.  We may have covered this before,
2  but just in case I missed it, so is there available
3  scientific and medical evidence supporting the
4  long-term efficacy of any treatment for gender
5  dysphoria in adults?
6      A    I think the long-term data that's
7  available suggests the current approach of hormonal
8  treatment in surgery is that the risk of suicide and
9  other morbidities persist after those treatments are
10  done.  It's more than just not showing it's
11  effective.  It's showing that it hasn't fixed the
12  problem.
13      Q    There's no evidence showing that any form
14  of treatment fixes the problem for gender dysphoria
15  in adults, is that right?
16      A    I would agree with that, yes.
17      Q    Let's look at Paragraph 42.  Oh, wait.
18  That's not right.  There's no 42.
19      A    There is a 42.
20      Q    Something got cut off in my copy.  Do you
21  have it in yours?  Let's look at yours.  This is the
22  one we're going to have to fix; this Exhibit 42.
23  Okay.  Let me find my spot.  If you look about
24  halfway down the sentence beginning, "In
25  particular," right after 29.  In particular, there

## Page 196

1  is a concerning lack of randomized controlled trials
2  comparing outcomes of hormone and surgical
3  intervention with other treatment modalities,
4  including psychological support.  A couple questions
5  about that.  Do you only, as a pediatric
6  endocrinologist, use treatments that have been
7  through randomized controlled trials that compare
8  the outcomes of the treatment with other treatment
9  modalities?
10      A    So, in any intervention that I'm putting
11  forward for my patients, there's always a
12  risk-benefit analysis.
13      Q    So, you don't limit the treatments you
14  provide to those treatments that have been through
15  randomized controlled trials comparing the outcomes
16  of the treatment with other treatment modalities?
17      A    Most things that we do in pediatrics
18  have -- we're applying data in other patient
19  populations to try to make decisions about what's
20  best for that particular intervention.  And so, we
21  have to do the best we have with that, but I would
22  not make a statement that -- that there's a medical
23  necessity in a situation where there's conflicting
24  data or data suggesting that there's an adverse
25  outcome to say that that is the approach that needs

49 (Pages 193 to 196)

## Page 245

1  understanding, so --
2      Q    Okay.  And I just want to make sure I get
3  clarity on some last questions on insurance.  So,
4  it's your view that insurers should never cover
5  hormone therapy or surgery to treat gender
6  dysphoria?
7      A    What I say is that the assertion that
8  there's a medical necessity, based on the scientific
9  evidence, is not there.  That's a different
10  question.
11      Q    Okay.  So, in your view, there's no -- not
12  evidence to support the conclusion that hormones or
13  surgeries to treat gender dysphoria are medically
14  necessary, ever?
15      A    There's -- I'd say that the evidence right
16  now is not sufficient to make the claim that it's
17  medically necessary.
18      Q    So you would have no problem with insurers
19  covering it, but you -- your view is that there
20  isn't evidence substantiating the medical necessity?
21      A    It is my belief that because of the
22  evidence that's out there that has cautions about
23  potential adverse effects, if this is going to be
24  offered to a patient, it should be done within a
25  research study.

## Page 246

1      Q    So you believe it would actually be a bad
2  thing if insurers covered it as a treatment outside
3  of a study context?
4      MR. JOHNSON:  Sorry.  Object.  Vague and
5  indefinite.
6      A    Because of the -- can you restate the
7  question for me?
8      Q    (By Ms. Cooper)  Sure.  Is it your view
9  that if an insurer chose to cover hormone therapy or
10  gender-affirming surgeries, as many now do, that
11  that's -- that's a harmful thing and they ought not
12  do that?
13      A    Well, it depends on whence the study is
14  and what the outcome is.
15      Q    No, now.
16      A    Right now, it may be a good intervention
17  if it turns out it's an effective treatment.  It may
18  not be.  It's unknown.
19      Q    So, do you think insurers should not --
20  putting aside whether there's evidence to support
21  them covering it, do you think they affirmatively
22  should not cover hormone therapy or surgery to
23  cover -- to treat gender dysphoria?
24      A    I'm looking at the scientific evidence and
25  the justification for putting this forward as

## Page 247

1  medical necessity.  And that's my competence to be
2  able to state on that, based upon the evidence
3  that's there, and I will state that the evidence
4  there does not support that it's medically
5  necessary.
6      Q    And that's because there's no randomized
7  clinical trials showing long-term effectiveness?
8      A    In addition, there is evidence out there
9  that shows that there's adverse effects, and we've
10  already talked about this repeatedly, it's not just
11  neutral, there's data out there that suggests, one,
12  it doesn't fix the problem and, two, there are known
13  medical risks of doing the intervention.
14      Q    So it's not your view that insurers should
15  limit coverage to treatments whose long-term safety
16  and effectiveness has been demonstrated through
17  randomized clinical trials?
18      A    It is my opinion that if one is going to
19  advocate for this being done as a medical necessity,
20  there's no basis to make that claim.
21      Q    But, again, but you're not taking the
22  position that insurers should limit their coverage
23  to any medical condition, any treatment, rather,
24  that has been demonstrated to be safe and effective
25  over the long term by randomized clinical trials?

## Page 248

1      MR. JOHNSON:  Object.  Lack of foundation.
2      A    The way you just asked that question gets
3  me back to my previous answer.  There's actually
4  evidence that it may be not a good idea, that it
5  creates risks and problems, so you keep asking me
6  the question as a -- that it's a neutral effect.
7  And I'm saying that there's reason, as a clinician,
8  to look at that data and be concerned if it's not
9  being done in the setting of a research study, to
10  recommend that that be done.
11      Q    I see.  Let me clarify my question.
12  Talking about conditions outside of gender
13  dysphoria, I'm not talking about gender dysphoria
14  now, is it your view that insurers should only cover
15  treatments whose long-term safety and effectiveness
16  is confirmed by randomized clinical trials?
17      MR. JOHNSON:  Same objection.
18      A    And I will state the same; if situations
19  where there's existing evidence that calls into
20  question the efficacy or the safety of a particular
21  treatment, it would not be prudent to recommend that
22  one proceed with that therapy until we get the
23  necessary clinical evidence.
24      Q    (By Ms. Cooper)  But, without that evidence
25  calling into question the safety or efficacy, the

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376

www.alaris.us                                    Fax: 314.644.1334

Page 253

1   there and there are things that are contained within
2   this document that would fall within the realm of
3   the committee members' opinions based on this, which
4   actually contradict the scientific evidence.  And
5   the example of that is the social affirmation
6   component of this.  In the 2009 guidelines, they
7   argued against social affirmation because of the
8   desistance rates and the caution that needed to be
9   put forward there.  In the revised guidelines,
10  without any scientific studies to support the
11  changing of that recommendation, they tempered that
12  recommendation.  That does not represent science.
13  That represents opinion of the committee members.
14       Q    Are there any professional groups in the
15  field of medicine or mental health that agree with
16  your opposition to gender-affirming treatment for
17  gender dysphoria in adults?
18       A    I'm only aware of one; The American
19  College of Pediatricians.  And I think there's a
20  Ob-Gyn group that publicly supports the same
21  recommendations.
22       Q    What do you know about the American
23  College of Pediatricians?
24       A    Not very much.  I do know that their
25  recommendations are put to the entire membership --

Page 254

1   the entire membership and any recommendations they
2   make out have that representation by the entire
3   group, so --
4        Q    And am I right that that's a group of
5   pediatricians who broke off from the American
6   Academy of Pediatrics because of disagreements with
7   the American Academy of Pediatric support for
8   adoption by gay couples?
9        A    I'm not aware of the historical basis of
10  that organization.
11       Q    Okay.  Are you aware that it's a group of
12  christian pediatricians who have a -- bring a faith
13  perspective to their views?
14       A    You know, certainly the people that I know
15  are members of that organization have certain
16  viewpoints, but, again, that's -- again, I'm going
17  beyond my knowledge of that organization.
18       Q    Okay.  So you don't know if they're an
19  organization that bases their views on science or
20  something else?
21       A    No, they do base it on science and, in
22  fact, I would say that they are upfront about the
23  science that they look at.  And they're much more
24  upfront about that.  I have looked at their website
25  to be able to see what they're putting forward.  And

Page 255

1   they're very much clear that they're basing their
2   recommendations on science.
3        Q    And not on ideology?
4        A    I think that to the extent that that
5   influences any recommendation, they're probably more
6   objective, in my understanding, from what I know,
7   and, again, it's very limited.
8        Q    Do you think of them as a credible
9   scientific organization?
10       A    Scientific organization?
11       Q    Medical organization.
12       A    I think they certainly put forward
13  information that is a benefit and, again, it's part
14  of the entire process of being able to have ongoing
15  dialogue.  I think that there's utility in that, but
16  I think there are multiple organizations in my
17  profession and others that have value for various
18  reasons.
19       Q    Okay.  Let's go back to your report.  If
20  you can look at Paragraph 28.
21            MR. JOHNSON:  Is that 48 --
22            MS. COOPER:  28.
23       Q    (By Ms. Cooper) -- and you refer to the
24  claims of proponents of transgenderism.  What is --
25  what do you mean by a proponent of transgenderism?

Page 256

1        A    I'm specifically referring to people that
2   are basing their opinions on ideology, not on
3   scientific evidence.  And I've encountered a number
4   of people that have never read the scientific
5   studies yet they have very strong views about what
6   should or should not be done.  And that's the
7   ideology and it's -- as I've prefaced that section
8   as an ideological discussion to be able to
9   distinguish science from ideology.
10       Q    So, who are some of these proponents of
11  transgenderism you're referring to?
12       A    Those are the people that are usually on
13  the news and are putting forward statements and it's
14  a wide collection of different people.  They're the
15  ones that are out there advocating for what they
16  believe is the best thing to move forward in a very
17  forward way.
18       Q    So, are you referring to transgender
19  activists?  Is that what you mean?
20       A    That would include those individuals, yes.
21       Q    Are you including medical professionals of
22  any type?
23       A    Those that are approaching this based on
24  ideology and not science could be included in that
25  category.

64 (Pages 253 to 256)

Page 285

1   that was necessary for me to be able to understand a
2   little bit more what was going on.  And then the
3   complaint, the expert declarations, the rebuttals to
4   that, and I think everything else that I read I
5   would have approached independent of participating
6   in this case because of my ongoing desire to know
7   what's going on in this field.
8        Q    You mentioned people fire you off e-mails.
9   Do you mean from advocacy groups?  Who fires you off
10  e-mails that you were talking about?
11       A    I get these all the time in all different
12  areas.  We have -- in fact, my colleagues at
13  Washington University will alert me to papers I
14  have, e-mails that come out, Medscape, for example,
15  comes out with all sorts of things that come across
16  my desk.
17       Q    Okay.  And did you -- you've reviewed the
18  materials published by the American College of
19  Pediatrics on gender dysphoria, isn't that right?
20       A    Yes.  Yes.
21            MS. COOPER:  Let's take a break for about
22  five minutes.  Something like that.  And then I
23  think we won't have too much more.
24            (Break Taken.)
25       Q    (By Ms. Cooper) We can go back on.  We've

Page 286

1   used the term "medical necessity" in various ways
2   and I just want to get some clarity to be sure
3   we're on the same page.  I understood you to be
4   saying that there may be conditions for which --
5   excuse me, let me say that again.  There may be
6   treatments where there's no randomized clinical
7   trials demonstrating the safety and effectiveness
8   over long term that you might still recommend for
9   patients, but you wouldn't say it's medically
10  necessary.  Is that -- did I say that right?
11       A    Yes.
12       Q    Okay.
13       A    And, again, the caveat there is that's
14  different than things where there's evidence that
15  suggest it might be harmful.
16       Q    And is it your understanding that that
17  understanding of the term "medical necessity," that
18  something's not medically necessary if there isn't
19  randomized controlled clinical trials demonstrating
20  long-term safety and effectiveness.  Is it your
21  understanding that that is the definition insurance
22  companies use in determining medical necessity?
23       A    My understanding of insurance companies is
24  they factor in a number of different considerations
25  and one of them is whether it is efficacious and

Page 287

1   what is being done.  They don't want to pay for
2   things that are not going to have a benefit and
3   think that there are other things that factor in
4   their consideration as well, including cost and
5   logistics, allocation of scarce resources.  There's
6   all sorts of things that insurance companies use,
7   but whether it is efficacious is certainly a
8   consideration and it's a valid consideration.
9        Q    And whether it's efficacious could be
10  determined by data apart from randomized clinical
11  trials over long term, right?
12       A    It certainly is considered in short term
13  and various end points that you have and even the
14  strength of the data.  You don't discount
15  low-quality studies, but you don't use them as the
16  benchmark as far as making that determination that
17  we've solved the problem.
18       Q    So, just to be clear, it's not your
19  understanding that insurance companies would limit
20  insurance coverage only to those treatments that
21  have been demonstrated to have long-term safety and
22  effectiveness through randomized controlled clinical
23  trials?
24            MR. JOHNSON:  Object.  Lack of foundation.
25       A    Again, the considerations, I think there

1   are some things that remain a mystery to me as far
2   as why insurance companies will or will not approve
3   of various therapies, but, again, it ultimately
4   comes down to a risk benefit analysis with the
5   things that they're considering, not necessarily in
6   line with what the practitioner is in that
7   risk-benefit analysis.
8        Q    Okay.  So, is it your understanding the
9   insurance companies will not cover treatment unless
10  it's been definitively determined by the research
11  community to be solved as efficacious?
12            MR. JOHNSON:  Same objection.
13       A    I don't recall ever saying that and I
14  wouldn't say that.  But I would say that it --
15  certainly the level of information that is available
16  will influence the decision that's made.
17       Q    (By Ms. Cooper) So it doesn't necessarily
18  have to be research conducted by randomized clinical
19  trials demonstrating long-term effectiveness?
20       A    It will depend upon the cost, the number
21  of patients that are being affected by this, by not
22  only effectiveness but also side effects of
23  treatment that will, actually, potentially incur
24  cost to the insurance company that's going forward
25  with this.  All of that will play a role and more.

72 (Pages 285 to 288)

1   the fringe, not recognizing that the society
2   guidelines were put forward by a small group of
3   individuals and many of the recommendations,
4   especially WPATH, he was on the panel and the lack
5   of respect for the information that was present in
6   the scientific study.  In reading it, it could be
7   interpreted to represent a bias on his point -- on
8   his part.
9        Q   Thank you.  And but the actual study you
10  said he cited, did you have a chance to look at
11  those?
12       A   I've read through them.  I don't have
13  any -- I would love to go through each of those
14  studies in detail and look at the actual science
15  that's present in there and the conclusions that
16  actually can be made from those studies.  I don't
17  know if we have time to do that all this evening,
18  but I'd be happy to do so.
19       Q   My only question is:  Have you read them?
20       A   Yes.
21       Q   You also saw Lawrence Schecter's reports?
22       A   I spent less with that report than I did
23  with Dr. Brown.  He wasn't directly rebutting my
24  opinions in that matter.
25       Q   Do you have any criticism of

1   Dr. Schecter's report?
2        A   I think, in a general sense, that some of
3   the same errors that were made as far as being able
4   to portray, you know, what I'm putting forward, I
5   didn't see any -- anything in either of the
6   declarations that directly addressed the data that I
7   presented from an objective standpoint about
8   scientific data.  I've not, to this point in time,
9   seen any data that refutes my opinion that the data
10  is not there, to prove the efficacy that there is
11  data there that suggests that there are potential
12  harms that are present and that's there's a need for
13  ongoing research.  There was nothing in either of
14  those reports that I think addressed that particular
15  contention that I had in a way that needs to be
16  done.
17       Q   Okay.  And just one last question.  You
18  know, we've got every major medical association in
19  the country that has anything to say about gender
20  dysphoria coming out in a position that is at odds
21  with your view.  What do you make of the fact that
22  the entire organized medical professional
23  associations all are taking one position and you're
24  taking a different position?
25       MR. JOHNSON:  Object to the gratuitous

1   remarks of counsel.  And it's argumentative.
2        Q   (By Ms. Cooper) Go ahead.
3        A   So, are you asking me to speculate about
4   what the motivations -- rephrase the question,
5   please.
6        Q   I'm just wondering to what you attribute
7   the fact that every major medical association in the
8   country believes that hormone therapy and surgeries
9   can be medically necessary to treat gender dysphoria
10  in adults.  And I know you disagree with them.  I'm
11  wondering, to what do you attribute them all lining
12  up in the same way?
13       A   So, if you're asking me to speculate on
14  how the guidelines have been put forward, I think
15  I've already addressed the fact that these are put
16  forward by a small subset of the entire societies,
17  many of these individuals that are putting these
18  forward are the same individuals that are all
19  talking to each other, they're all looking at
20  putting forward, you know, policies within the
21  narrow framework of what they've looked at.  They've
22  not had the opportunity -- they've not welcomed the
23  input of the wider membership of the societies that
24  are present and, certainly, because of that
25  selective biased reading of the literature, most of

1   them actually agree with the scientific deficiencies
2   that are there.  What differs is that the strength
3   of which they make the recommendations and the lack
4   of evidence, which is contrary to other areas of
5   medicine, as we discussed previously, that their
6   recommendations are made with data available, but
7   usually it's a more cautious approach to that, so I
8   would interpret as a speculation, not having been
9   present in the meetings that were there, is that
10  they're being driven by the -- small group of
11  individuals that are putting this forward that are
12  finding themselves in the different societies as a
13  whole and it does not necessarily reflect the entire
14  views of the entire membership of these medical
15  organizations, and I know that from my own
16  experience.
17       Q   From your own experiences in associations?
18       A   That other people that aren't on the board
19  that put together the recommendations have the same
20  concerns that I have and have not been given the
21  opportunity to be able to be present in those
22  discussions.
23       Q   And your suggestion that is the same group
24  of people in the psychiatric group and the
25  endocrinology group and the pediatrics group, it's

## Page 309

1  the same people you think are making these
2  recommendations and writing them?
3        A   To be clear, I'm making speculation on
4  things.  You're asking me to do this.  And I'd like
5  to generally stay with what I know and with what's
6  scientifically verifiable.  There are many things
7  that I can speculate as to the reason why.  The best
8  answer to that question would be asking them.
9        Q   Great.  So you don't have any personal
10  knowledge that they all have a bias of some sort?
11        A   I have objective information by how they
12  interpret the data when I look at the same data and
13  draw a different conclusion, when we consider the
14  same studies, you know, that that's objective.  The
15  discussions that went on behind closed doors, I'm --
16  I have not been privy to that.
17        MS. COOPER:  Great.  Thank you.  We're
18  done.
19        THE WITNESS:  Thank you very much.
20        MR. JOHNSON:  Under South Dakota
21  procedure, you have the right to read and sign
22  the deposition and I'd recommend you do so.
23        THE WITNESS:  I would definitely like to
24  do that.
25        MR. BLOCK:  And you don't have any

## Page 310

1  questions?  You don't have any redirect?  I just
2  want to make sure.
3        MR. JOHNSON:  No, I understand the
4  procedure.
5
6     (Ending time of the deposition: 4:57 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 311

1     STATE OF MISSOURI)
                        )SS
2     CITY OF ST. LOUIS)
3          I, Rebecca Brewer, Registered Professional
4     Reporter, Certified Real-time Reporter, and
5     Notary Public in and for the State of Missouri do
6     hereby certify that the witness whose testimony
7     appears in the foregoing deposition was duly
8     sworn by me; that the testimony of the said
9     witness was taken by me to the best of my ability
10    and thereafter reduced to typewriting under my
11    direction; that I am neither counsel for, related
12    to, nor employed by any of the parties to the
13    action in which this deposition was taken, and
14    further that I am not relative or employee of any
15    attorney or counsel employed by the parties
16    thereto, nor financially or otherwise interested
17    in the outcome of the action.
18    _____ RPR, MO-CCR,
19    Notary Public within and for the State of Missouri
20
21       My Commission expires April 7, 2021
22
23
24
25

## Page 312

1        Mr. Jerry Johnson
         Jerry Johnson Law Office
2        909 St. Joseph Street, Suite 800
         Rapid City, South Dakota, 57701
3        Jdjbjck@aol.com
4
      In Re: BRUCE vs. STATE OF SOUTH DAKOTA.
5
      Dear Mr. Johnson:
6
7     Please find enclosed your copy of the deposition of DR.
      PAUL HRUZ, M.D., Ph.D. taken on JULY 16, 2018 in the
8     above referenced case.  Also, enclosed is the original
      signature page and errata sheets.
9
10    Please have the witness read your copy of the
      transcript, indicate any changes and/or corrections
11    desired on the errata sheets, and sign the signature
      page before a notary public.
12
13    Please return the errata sheets and notarized signature
      page to Alaris Litigation Services, 711 N. Eleventh
14    Street, St. Louis, Missouri, 63101 for filing prior to
      trial date.
15
16    Thank you for your attention to this matter.
17    Sincerely,
18
19    Rebecca Brewer, RPR, CCR (MO), CRR
20
21    cc: Ms. Leslie Cooper
22
23
24
25

ALARIS LITIGATION SERVICES
www.alaris.us        Phone: 1.800.280.3376        Fax: 314.644.1334