IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| TERRI BRUCE, | ) | Case No. 17-5080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANTS' STATEMENT |
| | ) | NOTING DEATH OF TERRI BRUCE |
| STATE OF SOUTH DAKOTA and | ) | |
| LAURIE GILL, in her official capacity as | ) | |
| Commissioner of the South Dakota Bureau | ) | |
| of Human Resources, | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the above-named Defendants, by and through their undersigned counsel of record. In the event, the Unopposed Motion to Stay Briefing Schedule is not sufficient under Fed. R. Civ. P. 25(a)(1) to give notice of the death of Plaintiff Terri Bruce, then such notice is hereby given pursuant to the terms of that Rule.

Dated this 10th day of December, 2018.

                                              JERRY JOHNSON LAW FIRM

                                              /s/ *Jerry D. Johnson*
                                              Jerry D. Johnson, Attorney for Defendants
                                              909 St. Joseph St., Suite 800
                                              Rapid City, SD 57701
                                              Telephone:   791-4041
                                              jdjbjck@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the Defendants' Statement Noting Death of Terri Bruce upon the persons herein next designated, on the date below shown, via electronic filing with the U.S. District Court, to-wit:

James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
jim@southdakotajustice.com

Joshua A. Block
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
jblock@aclu.org

Courtney Bowie
American Civil Liberties Union of South Dakota
P. O. Box 1170
Sioux Falls Sd 57101
Phone: 201-284-9500
cbowie@aclu.org

Dated this 10th day of December, 2018.

                                                JERRY JOHNSON LAW FIRM

                                                /s/ *Jerry D. Johnson*
                                                Jerry D. Johnson, Attorney for Defendants
                                                909 St. Joseph St., Suite 800
                                                Rapid City, SD 57701
                                                Telephone:   791-4041
                                                jdjbjck@aol.com