UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SUZANNE JAMISON-BRUDE, as special administrator of the estate of TERRI BRUCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF SOUTH DAKOTA and LAURIE GILL, in her official capacity as Commissioner of the South Dakota Bureau of Human Resources,<br><br>　　　　　Defendants. | CIV. 17-5080-JLV<br><br>ORDER DISMISSING CASE |

Pursuant to plaintiff's motion to voluntarily dismiss this case (Docket 5) and defendant's response (Docket 51), it is

ORDERED that the motion (Docket 5) is granted and this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated January 25, 2019.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　CHIEF JUDGE